ACCEPTED
03-14-00440-CV
3622487
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/30/2014 5:26:19 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00440-CV

# IN THE COURT OF APPEALS
## THIRD JUDICIAL DISTRICT
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/30/2014 5:26:19 PM
JEFFREY D. KYLE
Clerk

_____

**NANCY MARIE PECK,**
**Appellant,**

**V.**

**WAYNE CODY PECK,**
**Appellee.**

_____

**Appealed from the County Court at Law No. 4**
**Williamson County, Texas**

_____

## APPELLANT'S BRIEF

_____

John J. Hindera, J.D., Ph.D.
Texas Bar No. 24036782
THE HINDERA LAW FIRM
4425 S. MoPac Expressway
Building 2, Suite 107
Austin, Texas 78735
Tel:   (512) 899-3631
Fax:   (512) 899-3618
Email: john@hinderalaw.com

**ATTORNEY FOR APPELLANT,**
**NANCY MARIE PECK**

**APPELLANT REQUESTS ORAL ARGUMENT**

**No. 03-14-00440-CV**

**NANCY MARIE PECK,**
**Appellant,**

**V.**

**WAYNE CODY PECK,**
**APPELLEE.**

_____

**IDENTITY OF PARTIES & COUNSEL**
_____

Nancy Marie Peck, Appellant herein, brings this appeal seeking relief from the Third Court of Appeals.  In order that the Court may determine disqualification and recusal under Rule 16 of the Texas Rules of Appellate Procedure, Appellant certifies the following is a complete list of the parties, attorney, the trial court judge, and any other person who had an interest in the outcome of the underlying lawsuit.

| **Appellant** | **Appellee** |
|---|---|
| Nancy Marie Peck | Wayne Cody Peck |
| Petitioner in 13-0926-FC4 | Respondent in 13-0926-FC4 |

| **Attorney for Appellant** | **Attorney for Appellee** |
|---|---|
| John J. Hindera, J.D., Ph.D. | Felix Rippy |
| Texas Bar No. 24037682 | Texas Bar No. 16937400 |
| THE HINDERA LAW FIRM | RIPPY & TAYLOR, PC |
| 4425 S. MoPac Expressway | 3000 Joe Dimaggio Blvd., Ste. 4 |
| Building 2, Suite 107 | Round Rock, Texas 78665 |
| Austin, Texas 78735 | Tel:   (512) 310-9500 |
| Tel:   (512) 899-3631 | Fax:   (512) 310-2580 |
| Fax:   (512) 899-3618 | Email: felixrippy@aol.com |
| Email: john@hinderalaw.com | |

# TABLE OF CONTENTS

IDENTITY OF PARTIES & COUNSEL..................................................................2

TABLE OF CONTENTS.....................................................................................3

INDEX OF AUTHORITIES.................................................................................4

STATEMENT OF THE CASE..............................................................................6

ISSUES PRESENTED........................................................................................7

STATEMENT OF FACTS...................................................................................8

SUMMARY OF THE ARGUMENT....................................................................10

ARGUMENT

    Issue 1:    The trial court abused its discretion by holding against the great weight of the evidence that Appellant's ability to provide for her minimum reasonable needs is not substantially or totally diminished because of a physical or mental disability.............11

    Issue 2:    The trial court abused its discretion by not requiring Appellee to prove by clear and convincing evidence that a certain monies are effectively separate property.................................................16

PRAYER.........................................................................................................19

CERTIFICATE OF SERVICE............................................................................21

RULE 9.4(I)(3) CERTIFICATION......................................................................21

APPENDIX

    Summary of Exhibit 2 Medical Records.......................................EXHIBIT A

Summary of Exhibit 3 Medical Records.......................................EXHIBIT B

Summary of Exhibits 17, 20, 21, and 22 Medical Records...........EXHIBIT C

Summary of Exhibit 23 Medical Records.....................................EXHIBIT D

## INDEX OF AUTHORITIES

**CASES**

Boyd v. Boyd, 131 S.W.3d 605, 616-17 (Tex.App.–Fort Worth 2004,
no pet.) ....................................................................................................17

Brooks v. Brooks, 257 S.W.3d 418, 425-26 (Tex.App–Fort Worth 2008, pet.
denied....................................................................................................11

Carlin v. Carlin, 92 S.W.3d 902, 910 (Tex.App–Beaumont 2002, no pet.)
....................................................................................................15

City of Keller v. Wilson, 168 S.W.3d 802 (Tex. 2005).............................14

In re M.E.C., 66 S.W.3d 449, 457 (Tex.App–Waco 2001, no pet.).........15

McCann v. McCann, 22 S.W.3d 21, 24 (Tex.App.–Houston [14th Dist.] 2000, pet.
denied)…………………………………………………………………17

McKinley v. McKinley, 496 S.W.2d 540, 543 (Tex. 1973)....................17

Pace v. Pace, 160 S.W.3d 706, 714 (Tex.App.– Dallas 2005, pet. denied).............18

Pickens v. Pickens, 62 S.W.3d 212, 215 (Tex.App–Dallas 2001, pet. denied)…...11

Smith v. Smith, 115 S.W.3d 303, 309 (Tex.App–Corpus Christi 2003, no pet.)....11

Stavinoha v. Stavinoha, 126 S.W.3d 604, 608 (Tex.App–Houston [14th Dist.] 2004)
…………………………………………………………………17

**<u>RULES</u>**

TEX. R. APP. P. 16 ……………………………………………………………..2

TEX R. EVID. 605.................................................................................................15

**<u>STATUTES</u>**

TEX. FAM. CODE § 3.003(a)................................................................................17

TEX. FAM. CODE § 3.003(b)...............................................................................17

TEX. FAM. CODE § 6.711.....................................................................................16

TEX. FAM. CODE § 8.051.....................................................................................11

TEX. FAM. CODE § 8.051(2)(A)..........................................................................11

## STATEMENT OF THE CASE

This is an appeal from a divorce without children lawsuit. After a two-day bench trial, the court found that Appellant was not disabled for purposes of awarding spousal maintenance and that Appellee should be awarded all the monies in a Morgan Stanley account. Those were the only disputed issues presented to the trial court.

## ISSUES PRESENTED

Issue 1:    The trial court abused its discretion by holding against the great weight of the evidence that Appellant's ability to provide for her minimum reasonable needs is not substantially or totally diminished because of a physical or mental disability.

Issue 2:    The trial court abused its discretion by not requiring Appellee to prove by clear and convincing evidence that a certain monies are effectively separate property.

## STATEMENT OF FACTS

Appellant and Appellee were married on June 24, 1989, and Appellee graduated from the U.S. Army Academy thereafter. At all times relevant to the underlying divorce lawsuit, Appellee was an officer in the United States Army.

In approximately 2002, Appellant became unable to work at her chosen profession as a registered nurse because of several chronic physical illnesses and mental disorders. Those debilitating mental and physical maladies continue to the present day.

Beginning is the Fall of 2011, Appellee began to threaten Appellant that if she did not give him everything in the marital estate, he would divorce her and thus deny her the lifetime medical care available to spouses of retired military personnel. Toward that end, in December 2011 Appellee convinced Appellant that if she would leave the marital residence for two weeks it would strengthen the marital relationship. Instead, once Appellant removed herself from the marital residence, Appellee changed the locks and Appellant was not able to retrieve her personal items until late February 2012.

On February 20, 2012, a mediated agreement was reached that allowed Appellant to retrieve some of her clothes and personal items. Of more importance, in exchange for Appellee remaining in the marital residence, it was agreed that the

parties would not be divorced until Appellant was fully qualified for Tri-Care – i.e. lifetime medical care. Although Appellee twice attempted to set aside the mediated agreement, the trial court held the parties to their agreement.

The case came on to be heard in a bench trial on March 17-18, 2014, but the trial court failed to grant the parties their divorce. Subsequently, a hearing was held on May 8, 2014, at which time the court clarified the distribution of marital assets and liabilities, and granted the divorce.

## SUMMARY OF THE ARGUMENT

Appellant's first argument challenges the sufficiency of the evidence supporting the trial court's finding that "it's the court's experience with this particular mixture of medicine" that causes Appellant to be unable to work, instead of the multitude of physical and mental ailments suffered by Appellant, as evidenced in over a thousand pages of medical records introduced at trial. Moreover, Appellant's uncontroverted expert testimony was that the Mayo Clinic determined that she is disabled.

Appellant's second argument is that Appellee's evidence was grossly insufficient to afford the trial court to award him the entirety of a Smith Barney account. Appellee asserted that the account only contained monies inherited from his father, but the only evidence he introduced other than his own controverted testimony was a copy of his father's last will and testament that named him as a beneficiary. No other documentary evidence was introduced, and the trial court awarded Appellee all the monies in the account, but specifically refused to characterize the account as either separate property or community property.

## ARGUMENT

**Issue 1:**    **The trial court abused its discretion by holding against the great weight of the evidence that Appellant's ability to provide for her minimum reasonable needs is not substantially or totally diminished because of a physical or mental disability.**

Appellant pleadings requested the trial court to order that she receive spousal maintenance from Appellee in order to meet her minimum reasonable needs. TEX. FAM. CODE § 8.051. In order to prove she is eligible to receive spousal maintenance, Appellant is required to prove she is unable to earn sufficient income to provide for her minimum reasonable needs because of an incapacitating physical or mental disability. TEX. FAM. CODE § 8.051(2)(A). Toward that end, Appellant introduced almost 1200 pages of medical records replete with references to severe to extreme physical and mental impairment, as well as her own expert testimony about her disabling physical and mental condition. Vol. 2 at 37:5-10. These debilitating conditions are summarized in Exhibits A-D, which are undergirded by the corresponding exhibits introduced at trial.

Appellant's disability can be inferred from circumstantial evidence, from lay-witness testimony, or from expert opinion. *Smith v. Smith*, 115 S.W.3d 303, 309 (Tex.App–Corpus Christi 2003, no pet.); *Pickens v. Pickens*, 62 S.W.2d 212, 215 (Tex.App–Dallas 2001, pet. denied); *Brooks v. Brooks*, 257 S.W.3d 418, 425-

26 (Tex.App–Fort Worth 2008, pet. denied). Appellant testified that she has a diagnosis of Ehlers-Danlo Syndrome, a genetic deficit in her connective tissue that results in chronic pain. Vol. 3 at 44:18-19 and 45:7-14. Moreover, various physicians have ruled out other diagnoses, but have made a "definitive diagnosis of Ehlers-Danlos Syndrome." Vol. 3 at 58:13-17. Ehlers-Danlo Syndrome is "progressive genetic syndrome" that results in chronic fatigue and chronic pain. Vol. 3 at 58:20-59:9.

Appellant was treated for her chronic pain by Austin Pain Associates. Vol. 5 at 9-586. The medical records of Austin Pain Associates reveal that Appellant suffers from thoracic spondylosis, lumbosacral neuritis, osteoarthritis, chronic pain syndrome, fibromyaligia, osteoarthritis, cervical disc displacement without myelopathy, as well as Ehlers-Danlo Syndrome. *Id.* In total, the Austin Pain Associate records evidence well over 100 entries over almost a decade of treatment that conclusively prove Appellant's physical pain and infirmities. Exhibit B. Those records stand in stark contrast to the trial court's conclusion:

> "Now, I do not find that Mrs. Peck is disabled. I do find that she is on
> a very distressing combination of medicine. I do believe that that may
> be a factor in her employment possibilities as the currently exist. And
> it might do her well to confer with one physician about her issues,

***because it's the Court's experience with this particular mixture of***

***medicine causing problems in cases similiarly situated to this one***."

Vol. 3 at 44:2-10. (emphasis added)

There was ***absolutely no evidence*** introduce at trial regarding the causal effects of the prescription medicines taken by Appellant. Accordingly, the trial court's conclusion is without factual support.

Appellant was treated for depression, anxiety, and memory impairment. Vol. 5 at 624-978; Exhibit A. The records of Claudia Ghio contain over 100 observations that Appellant's suffers from severe to extreme psychological distress. Exhibit A. The records establish that Appellant's memory skills are "well below the expected level relative to the results on the intellectual testing." Vol. 5 at 894. Moreover, Appellant's "index score on the General Memory suggests an overall memory impairment as this index is considered the best measure of the types of abilities that are critical to effective memory in day-to-day tasks." Vol. 5 at 895. Finally, "[t]he results of achievement test are negative for learning diabilities." Vol. 5 at 896. The foregoing are just a sample of the dozens and dozens of professional observations that attest to Appellant's impaired mental functioning and emotional distress. Again, they stand in stark contrast to the trial court's unfounded conclusion that "it's the Court's experience with this particular

mixture of medicine causing problems in cases similarly situated to this one." Vol. 3 at 44:2-10. It cannot be overstated that not a single scintilla of evidence was introduced at trial to support the trial court's attribution of Appellant's inability to work to the medication she was prescribed rather than the obvious fact of her afflictions.

Appellant's chronic fatigue, pain and memory impairment are also evident in the records of Medical Clinic of North Texas. Vol. 6 and Exhibit C. Those records establish that Appellant suffers from hypermobility syndrome and fatigue. Vol. 6 at 1012. The records also reveal that Appellant's "immediate recall score is mildly impaired and her delayed recall score is severely impaired." Vol. 6 at 1035. Again, this is evidence of Appellant's inability to be gainfully employed. Yet, the trial court attributed Appellant's inability to work and support herself to the medications she is prescribed.

A trial court may not go outside the evidence introduced at trial. *City of Keller v. Wilson*, 168 S.W.3d 802 (Tex. 2005). Absolutely no evidence was introduced at trial regarding the physiological or psychological effects of the medications Appellant was prescribed by her treating physicians and health care professionals. Moreover, Appellant's testimony concerning her physical and mental infirmities was uncontroverted by any testimonial or documentary evidence

introduced by Appellee. Trial courts must credit undisputed testimony that is clear, positive, direct, otherwise credible, free from contradictions and inconsistencies, and which could have been readily controverted. *Id*. at 814. Finally, the conclusion based on the trial court's previous "experience with this particular mixture of medicine causing problems" violates Texas Rule of Evidence 605, because it "is the functional equivalent of witness testimony." *In re M.E.C.*, 66 S,W,3d 449, 457 (Tex.App–Waco 2001, no pet.); TEX R. EVID. 605. In the end, Appellant's uncontroverted evidence established far beyond a preponderance of the evidence that Appellant suffers from disabling physical and mental conditions.

Appellant's disability is incapacitating to the point that it prevents her from earning a sufficient income to meet her minimum reasonable needs. Vol. 3 at 55:6-10 and 69:15-71:19. Because Appellant cannot perform day-to-day activities required to work, she cannot provide for her minimum reasonable needs. *Carlin v. Carlin*, 92 S.W.3d 902, 910 (Tex.App–Beaumont 2002, no pet.).

The evidence introduced at trial overwhelmingly established that Appellant cannot work due to a variety of physical and emotional ailments and conditions. The trial court ignored the evidence of Appellant's physical and emotional disabilities and instead relied on its own "experience with this particular mixture of medicine causing problems." Vol. 3 at 44:2-10. Texas law does not permit a trial

to render judgment that disregards the evidence and relies on the trial court's experience outside the record. Accordingly, the Court should reverse the trial court's judgment and render judgment that Appellant should receive spousal maintenance because she is unable to earn sufficient income to provide for her minimum reasonable needs because of an incapacitating physical or mental disability. In the alternative, the Court should reverse and remand for further evidence of Appellants physical and mental conditions and the effects on those conditions of the medicines she has been prescribed.

**Issue 2:** **The trial court abused its discretion by not requiring Appellee to prove by clear and convincing evidence that a certain monies are effectively separate property.**

Appellant and Appellee stipulated to the character and distribution of the marital assets, with the sole exception of a certain Morgan Stanley account that Appellee claimed was separate property because it only contained funds from an inheritance. Vol. 2 at 7:15-8:13. It was also stipulated that Appellant had a separate property interest in a Smith Barney account that contained funds gifted to her by her parents. Vol. 2 at 8:6-9.

The character of marital property is a mixed question of law and fact. TEX. FAM. CODE § 6.711. Further, the Texas Family Code creates a statutory presumption that all property possessed by a spouse during or upon dissolution of

marriage is community property. TEX. FAM. CODE § 3.003(a). The presumption applies to both real and personal property. *Stanley v. Stanley*, 294 S.W.2d 132, 136 (Tex.App.–Amarillo 1956, writ ref'd n.r.e.). The community-property presumption is rebutted when a party introduces evidence indicating that the property should be characterized as separate property. *McCann v. McCann*, 22 S.W.3d 21, 24 (Tex.App.–Houston [14th Dist.] 2000, pet. denied). The party seeking to rebut the community-property presumption must present clear and convincing evidence or the property's separate character. TEX. FAM. CODE §3.003(b); *McKinley v. McKinley*, 496 S.W.2d 540, 543 (Tex. 1973). The clear and convincing standard requires evidence on which "a reasonable trier of fact could have formed a firm belief or conviction that its finding was true." *Stavinoha v. Stavinoha*, 126 S.W.3d 604, 608 (Tex.App–Houston [14th Dist.] 2004, no pet.). The heightened standard of proof requires evidence that establishes the time and manner in which the property was acquired (i.e. inception of title) and all of its mutations (i.e. tracing). *Boyd v. Boyd*, 131 S.W.3d 605, 616-17 (Tex.App.–Fort Worth 2004, no pet.).

The testimony at trial concerning the inception and character of the funds in the Morgan Stanely account Appellee claimed was his separate property was controverted. Appellee testified that "around $69,000" he received pursuant to his

father's estate was held in a Morgan Stanley account. Vol. 3 at 17:14-23. The account number was never identified at trial. Contrarily, Appellant testified that the funds in the Morgan Stanley account were originally deposited in a joint checking account at NCNB Bank in New York. Vol. 2 at 79:6-80:9. The only documentary evidence introduced regarding the disputed monies was the last will and testament of Appellant's father. Vol. 3 at 14:9-15:19. It is noteworthy that Appellant's counsel objected to the document's admission because it had not been produced in response to specific discovery requests propounded by Appellant. Vol. 3 at 14:20-24 and 15:10-12. That is the sum total of evidence Appellee introduced at trial to prove the separate character of the property.

A spouse's uncorroborated testimony that is contradicted is not sufficient to constitute clear and convincing evidence. *Pace v. Pace*, 160 S.W.3d 706, 714 (Tex.App.– Dallas 2005, pet. denied). Appellant did not introduce and evidence of the date the Morgan Stanley account was opened, the amount of funds deposited to open the account, nor the source of the funds. Moreover, the link between Appellant's father's last will and testament and the funds currently on deposit in the Morgan Stanley account was never established by any evidence. Thus, Appellant failed in his stated attempt to prove the separate property character of the funds. Nonetheless, the trial court awarded the entire funds in the account to

Appellant, stating:

> "I believe that, regardless of the classification of the property held in the Morgan Stanley account, I'm awarding it in its entirety to him. Regardless of the classification of the property contained in her account that she says is her separate property, I will award entirely to her."

This ruling ignores the stipulation at trial that the monies in the Smith Barney account were solely gifts to Appellant from her parents. The trial court's ruling effectively, if not expressly, characterized the funds in the Morgan Stanley account as separate property without making Appellee meet his burden of proof by clear and convincing evidence. Accordingly, the Court should reverse the trial court's ruling and remand the issue in order that Appellee have the opportunity to either meet his burden of proof or so that the property can be characterized according to its presumed community property status.

## PRAYER

Appellant introduced uncontroverted evidence that she is unable to earn sufficient income to provide for her minimum reasonable needs because of an incapacitating physical or mental disability. Thus, this Court should reverse the trial court's order that was based on his personal experience outside the record at

trial.  Appellee failed to meet his burden of proof that the disputed property was his

separate property.  The trial court's order that effectively characterized the disputed

funds as Appellee's separate property should be reversed.

Respectfully submitted,

/s/ John J. Hindera
John J. Hindera, J.D., Ph.D.
Texas Bar No. 24037682
THE HINDERA LAW FIRM
4425 S. MoPac Expressway
Building 2, Suite 107
Austin, Texas 78735
Tel:  (512) 899-3631
Fax:  (512) 899-3618
Email: john@hinderalaw.com

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2014, a true and correct copy of the foregoing

Appellant's Brief was served on Appellee, Wayne Code Peck, by and through his

attorney of record, Felix Rippy, by certified U.S. mail, return receipt requested, to

3000 Joe Dimaggio Boulevard, Suite 4, Round Rock, Texas 78665.

_____/s/__John J. Hindera_____
John J. Hindera. J.D., Ph.D.
Texas Bar No. 24036782


**RULE 9.4(I)(3) CERTIFICATION**

By my signature below, I certify that this document contains 3,278 words. I
have relied on the word count of Microsoft Word to prepare this Certification.

_____/s/__John J. Hindera_____
John J. Hindera. J.D., Ph.D.
Texas Bar No. 24036782

# EXHIBIT A

## PETITIONER'S EXHIBIT NO. 2

(Exhibit 2 consists of weekly Psychology visits and reports from Claudia Ghio, LP.A., LS.S.P from 2008- 2011. Most progress reports have same outcome with patients level of distress severe/depressed. Below is a list of the dates of visits and coordinating bate stamps.)

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 1/12/11
Clients level of distressed impairment: Severe
000624
PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 1/19/11
Clients level of distressed impairment: extreme
000626
PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 1/20/11
Clients level of distressed impairment: severe
000628
 PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 1/26/11
Clients level of distressed impairment: severe
000630
 PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 1/27/11
Clients level of distressed impairment: severe
000632
 PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 2/31/11
Clients level of distressed impairment: severe
000634
PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 2/10/11
Clients level of distressed impairment: severe
000636
 PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 2/2/11
Clients level of distressed impairment: severe
000638
PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 2/3/11
Clients level of distressed impairment: severe

## 000640

<u>PROGRESS NOTE-</u>Claudia Ghio, LP.A., LS.S.P

Date 2/17/11

Clients level of distressed impairment: moderate

## 000642

<u>PROGRESS NOTE-</u>Claudia Ghio, LP.A., LS.S.P

Date 3/10/11

Clients level of distressed impairment: moderate

## 000644

<u>PROGRESS NOTE</u>-Claudia Ghio, LP.A., LS.S.P

Date 3/24/11

Clients level of distressed impairment: severe

## 000646

<u>PROGRESS NOTE</u>-Claudia Ghio, LP.A., LS.S.P

Date 3/31/11

Clients level of distressed impairment: severe

000648

<u>PROGRESS NOTE</u>-Claudia Ghio, LP.A., LS.S.P

Date 4/13/11

Clients level of distressed impairment: moderate

## 000650

<u>PROGRESS NOTE</u>-Claudia Ghio, LP.A., LS.S.P

Date 4/21/11

Clients level of distressed impairment: severe

## 000652

<u>PROGRESS NOTE</u>-Claudia Ghio, LP.A., LS.S.P

Date 4/27/11

Clients level of distressed impairment: severe

## 000654

<u>PROGRESS NOTE</u>-Claudia Ghio, LP.A., LS.S.P

Date 4/28/11

Clients level of distressed impairment: severe

## 000656

<u>PROGRESS NOTE</u>-Claudia Ghio, LP.A., LS.S.P

Date 5/4/11

Clients level of distressed impairment: severe

## 000658

<u>PROGRESS NOTE</u>-Claudia Ghio, LP.A., LS.S.P

Date 5/5/11

Clients level of distressed impairment: severe

## 000660

<u>PROGRESS NOTE</u>-Claudia Ghio, LP.A., LS.S.P

Date 6/1/11

Clients level of distressed impairment: severe

## 000662

<u>PROGRESS NOTE</u>-Claudia Ghio, LP.A., LS.S.P
Date 6/8/11
Clients level of distressed impairment: severe

## 000664

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 6/9/11
Clients level of distressed impairment: severe

## 000666

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 6/15/11
Clients level of distressed impairment: severe

## 000668

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 6/16/11
Clients level of distressed impairment: severe

## 000670

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 6/29/11
Clients level of distressed impairment: moderate

## 000672

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 7/6/11
Clients level of distressed impairment: severe

## 000674

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 7/7/11
Clients level of distressed impairment: severe

## 000676

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 7/14/11
Clients level of distressed impairment: severe

## 000678

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 9/7/11
Clients level of distressed impairment: severe

## 000680

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 9/8/11
Clients level of distressed impairment: severe

## 000682

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 9/22/11
Clients level of distressed impairment: moderate

# 000684

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 10/20/11
Clients level of distressed impairment: severe

# 000686

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 10/27/11
Clients level of distressed impairment: severe

# 000688

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 11/3/11
Clients level of distressed impairment: severe

# 000690

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 6/22/11
Clients level of distressed impairment: severe

# 000692

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
February 03, 2011
REASON FOR REFERRAL:
NANCY PECK
09/24/1964
46-4
01/19/11 & 01/24/11
Dr. Robert P. Wills referred Mrs. Peck for a presurgical evaluation for a Spinal Cord Stimulator (SCS). A diagnostic interview, the Minnesota Multiphasic-Personality Inventory- 2 Restructured Form (MMPI-2 RF) and the Coping Strategies QuestionnaireRevised, (CSQ-R) were completed as part of a psychological evaluation. This presurgical evaluation is being performed to rule out the presence of a mental disorder or other psychological factors that may be related to the decreased likelihood of success from surgery. A secondary purpose of this evaluation is to recommend any additional needed treatment to aid with pain management. The evaluation results are based on the assumption that Mrs. Peck provided accurate personal data during the interview and testing procedures.

# 000697

PSYCHIATRIC IDSTORY/CURRENT SYMPTOMS:

Mrs. Peck past history of psychiatric/ psychological intervention include two hospitalizations for depression and suicidal ideation. She is currently in psychological therapy and marriage therapy. Presently she reports severe depression, hopelessness, low energy, diminish interest in almost all activities, severe psychomotor retardation, severe fatigue, feeling of worthlessness, inappropriate guilt, diminished ability to think and concentrate, and apprehensive expectation and excessive worry. She reports severe symptoms of insomnia and loss of libido which she ascribes to the pain.

Mrs. Peck reports her social support system consists mainly of her parents when they are in Texas. She reports social support is weak when they leave. Socialization has been significantly reduced due to her pain, loss of energy, depression, and shame. At the present she denies any suicidal ideation.

ASSESSMENT:

The following findings are based on the clinical interview, the MMPI-2 and the CSQ-R. Mrs. Peck's approached the test in a manner that suggests she may be over-representing her psychological distress. However, the patient may have approached the test in a manner that reflects an open admission of significant psychological difficulties. Since the patient has corroborating evidence of concurrent psychological difficulties, the test is likely valid and an accurate reflection of the patients emotional functioning at this time.

## 000700

The patient is reporting significant somatic concerns, including gastrointestinal complaints, neurological complaints, head pain complaints, and cognitive difficulties. There is likely a psychological component to her somatic difficulties in that she may be prone to develop physical problems under stress. She may also be somatically focused and may prefer medical explanations rather than psychological explanations for her current distress.

She may be at risk for suicidality given the extreme psychological distress and lack of positive emotions experienced by this patient. She does not directly endorse suicidal ideation; however, a careful assessment of potential feelings of hopelessness and depression should be assessed. Her thinking may be marked with negative preoccupations and ruminations and she may have difficulty managing her thoughts. While her thinking is not disordered, the patient may have difficulties with controlling her thoughts. In addition to somatic concerns, the patient is endorsing significant difficulties with family relationships and social support.

Mrs. Peck scores on the CSQ-R suggest that she utilizes equally effective and ineffective coping strategies for coping with her pain. She is more likely to use catastrophizing when confronted with pain, but she also uses in a lesser manner, distraction and coping selfstatements. Given the overall level of psychological distress, somatization, lack of social support, and cognitive difficulties; this patient is not good presurgical candidate for an SCS trial at this time.

DSM-IV-TR DIAGNOSES:

Axis I:

Axis II:

Axis III:

Axis IV:

AxisV:

Pain Disorder Associated With Both Psychological Factors and a General Medical Condition. Chronic

Major Depressive Disorder, Recurrent Episode, Severe.

Cognitive Disorder, NOS

No Diagnosis.

Deferred to Physician.

Severity of Psychosocial Stressors: 4-Severe

Current GAF: 50

RECOMMENDATIONS:

Mrs. Peck has a POOR prognosis for a surgical outcome. She is experiencing extreme psychological distress, cognitive difficulties, and few positive emotions. Additionally, Mrs. Peck uses mainly ineffective coping strategies for coping with her pain as she has a

## 000701

tendency to catastrophize when confronted with pain. Her social support is moderate in relation to the presence of her parents, but at home she has very little support.

Mrs. Peck's thinking appears to be marked with negative preoccupations about her health and although she reports to have realistic expectations from the surgery, she is not very hopeful about the outcome.

Mrs. Peck is under significant stress at the present. Stressors include her pain, her deteriorating symptoms reportedly post ECT's, serious marital problems, and her son's mental health and poor functioning.

Mrs. Peck should continue to receive psychotherapy to help her cope with stress-related pain symptoms and increase her use of effective coping skills to cope with pain.

## 000702

Date 11/17/11

Clients level of distressed impairment: severe

## 000703

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 12/1/11

Clients level of distressed impairment: severe

## 000705

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 12/6/11

Clients level of distressed impairment: severe

## 000707

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 12/15/11

Clients level of distressed impairment: severe

## 000709

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 12/29/11

Clients level of distressed impairment: severe

## 000711

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 1/7/10

Clients level of distressed impairment: severe

## 000713

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 1/8/10

Clients level of distressed impairment: severe

## 000715

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 1/11/10

Clients level of distressed impairment: severe

## 000717

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 2/11/10
Clients level of distressed impairment: severe

000719

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 2/18/10
Clients level of distressed impairment: severe

000721

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 3/25/10
Clients level of distressed impairment: severe

000723

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 3/31/10
Clients level of distressed impairment: severe to extreme

000725

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 4/1/10
Clients level of distressed impairment: severe to extreme

000727

PROGRESS NOTE -Claudia Ghio, LP.A., LS.S.P
Date 4/7/10
Clients level of distressed impairment: severe

000729

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 4/8/10
Clients level of distressed impairment: severe

000731

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 4/8/10
Clients level of distressed impairment: severe

000733

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 4/14/10
Clients level of distressed impairment: severe

000735

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 4/21/10
Clients level of distressed impairment: severe

000737

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 4/22/10
Clients level of distressed impairment: moderate

## 000739

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 4/28/10

Clients level of distressed impairment: severe

## 000741

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 5/20/10

Clients level of distressed impairment: moderate to severe

## 000743

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 5/26/10

Clients level of distressed impairment: moderate

## 000745

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 6/2/10

Clients level of distressed impairment: sever

## 00074

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 6/3/10

Clients level of distressed impairment: minimal

## 000749

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 6/9/10

Clients level of distressed impairment: sever

## 000751

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 6/16/10

Clients level of distressed impairment: moderate to severe

## 000753

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 6/17/10

Clients level of distressed impairment: severe

## 000755

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 6/23/10

Clients level of distressed impairment: severe

*000757*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 6/30/10

Clients level of distressed impairment: severe

*000759*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 7/7/10

Clients level of distressed impairment: severe

*000761*

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>

Date 7/14/10

Clients level of distressed impairment: severe

*000763*

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>

Date 7/21/10

Clients level of distressed impairment: severe

## 000765

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>

Date 7/28/10

Clients level of distressed impairment: severe

*000767*

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>

Date 7/29/10

Clients level of distressed impairment: severe

*000769*

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>

Date 8/4/10

Clients level of distressed impairment: severe

*000771*

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>

Date 8/5/10

Clients level of distressed impairment: severe

## 000773

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>

Date 8/11/10

Clients level of distressed impairment: severe

*000775*

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>

Date 9/29/10

Clients level of distressed impairment: severe

## 000777

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>

Date 9/30/10

Clients level of distressed impairment: severe

*000779*

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>

Date 10/6/10

Clients level of distressed impairment: severe

*000781*

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>

Date 10/7/10

Clients level of distressed impairment: severe

*000783*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 10/13/10

Clients level of distressed impairment: severe

000785

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 10/14/10

Clients level of distressed impairment: severe

*000787*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 10/19/10

Clients level of distressed impairment: severe

*000789*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 10/20/20

000791

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 10/27/10

Clients level of distressed impairment: severe

000793

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 10/28/10

Clients level of distressed impairment: severe

000795

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 11/04/10

Clients level of distressed impairment: severe

*000798*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 11/10/10

Clients level of distressed impairment: moderate

000801

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 11/11/10

Clients level of distressed impairment: moderate

000803

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date11/17/10

Clients level of distressed impairment: moderate

000805

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 11/18/10

Clients level of distressed impairment: moderate

000807

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 12/1/10
Clients level of distressed impairment: severe

000809

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 12/2/10
Clients level of distressed impairment:moderate

000811

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 12/8/10
Clients level of distressed impairment: severe
Increase of neurological symptoms

000811

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 12/16/10
Clients level of distressed impairment: severe

000816

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 1/22/09
Clients level of distressed impairment: moderate

000826

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 2/12/09
Clients level of distressed impairment: moderate

000832

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 3/26/09
Clients level of distressed impairment: moderate

000838

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 6/4/09
Clients level of distressed impairment: severe

000846

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 6/18/09
Clients level of distressed impairment: severe

000848

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 7/30/09
Clients level of distressed impairment: severe

000850

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 8/6/09
Clients level of distressed impairment: severe

# 000852

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 9/17/09
Clients level of distressed impairment: moderate

# 000854

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 9/24/09
Clients level of distressed impairment: severe
*000856*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 10/15/09
Clients level of distressed impairment: severe
*000858*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 10/22/09
Clients level of distressed impairment: severe
*000860*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 10/29/09
Clients level of distressed impairment: severe
*000862*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 11/05/09
Clients level of distressed impairment: severe
*000864*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 11/19/09
Clients level of distressed impairment: severe

# 000866

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 11/18/09
Clients level of distressed impairment: severe
*000868*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 12/3/09
Clients level of distressed impairment: severe
*000870*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 12/17/09
Clients level of distressed impairment: severe
*000872*

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 2/8/08
Clients level of distressed impairment: severe
Progress notes of pain from Nancy to Psychologist

# 000874

# 000875

Symptom Checklist

# 000876

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 3/4/08
Clients level of distressed impairment: severe

*000878*

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 3/11/08
Clients level of distressed impairment: severe

# 000880

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 4/8/08
Clients level of distressed impairment: mild

# 000882

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 4/15/08
Clients level of distressed impairment: moderate

*000884*

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 4/22/08
Clients level of distressed impairment: severe

*000886*

<u>PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P</u>
Date 4/29/08
Clients level of distressed impairment: severe

*000888*

<u>Psychological Evaluation-Claudia Ghio, LP.A., LS.S.P</u>
Date 5/5/2008

# 000890

Past Medical History:

*000892*

*Test Results and Behavioral Observations:*

Mrs. Peck is a right-handed, well-nourished, Caucasian woman who appeared to be her stated age. She was clean, well-groomed, and casually dressed. Gait was normal. Eye contact was maintained adequately. Speech exhibited some deficits in fluency, but was well elaborated, and well articulated. Psychomotor activity was decreased. Mood was dysphoric and affect generally sad, but appropriate to situation, and wide in range. Mrs. Peck was oriented x three. Social judgment was adequate. Attention and concentration were normal. Language

comprehension was below average. Mrs. Peck denied any hallucinations, delusions, or any other form of psychosis, and none were evident.

During the three sessions involved in Mrs. Peck' testing, she was polite, very well motivated, and she invested a lot of effort in each and every task given. She was keenly aware of time limits and she became increasingly nervous, when allowed time was soon to be over. She, however, took reassurance adequately. She required frequent repetition, and clarification Mrs. Peck was able to maintain effort independently. Most noticeable test behavior was Mrs. Peck' marked discouragement when confronted with difficult tasks and possible failure. In those instances, she needed repeated encouragement to sustain effort. This was especially observed when Mrs. Peck knew her answer was not correct. On the other hand, Mrs. Peck became very enthusiastic when she was successful, and her success motivated her to increase her effort. Mrs. Peck' attention and concentration varied according to task: she was more attentive during those tasks which involved doing something with her hands; however, on the verbal tests, her attention and concentration were easily lost.

Overall, Mrs. Peck invested a lot of effort in completing the present evaluation. She was welJmotivated

and results obtained are thought to be valid.

*000893*

Wechsler Memory Scale-Ill

The WMS-Ill is a comprehensive set of individually administered battery oflearning, memory, and working memory measures.

These results, with the exception of Visual Immediate Memory and Working memory, are below the expected level relative to the results on the intellectual testing. The pattern of scores across the individual subtests suggests a marked reduction in auditory memory and in the initial encoding quality. Compared to her own mean, she has two significant

# 000894

On the other hand, Mrs. Peck index score on General Memory suggests an overall memory impairment as this index is considered the best measure of the types of abilities that are critical to effective memory in day-to-day tasks. The results also suggest that Mrs. Peck will be able to retain information better if is presented in a multi modal approach.

# 000895

## SUMMARY:

The results of achievement test are negative for learning disabilities. However, scores obtained are lower than expected from a person who was in pre-med and held a 4.0 GPA while in College. This is especially seen in the area of Spelling, a subject she reports experiencing problems. This lower than expected achievement suggests the presence of deteriorative signs of undetermined etiology.

The results of the neuropsychological screening tests suggest the presence of a Mild dysfunction in the areas of psychomotor speed, sequencing, and attention

Mrs. Peck index score in General Memory suggests the present of a clinically significant diminished memory capacity. There is a marked reduction in immediate and delayed auditory memory which suggests that this memory deficit is of phonological origin. The fact that when she uses visual information, her memory improves, is further evidence of this as the brain when processing visual information it converts it into a phonological format. It is very possible that inattention is contributing for the loss of information experienced. There is a rapid loss of information when a person is distracted as is never encoded properly.

It is clear that Mrs. Peck is currently suffering from clinically significant memory

impairment, most likely associated with an organic etiology. She also suffers from chronic pain, loss of motor tone, paresthesias, migraine headaches, and fatigue. These symptoms have not yet been linked to a definite diagnosis or etiology and Mrs. Peck has become increasingly depressed, hopeless, and withdrawn. It also seems clear that her ongoing depressive symptoms have been the result, in large part, of not knowing what is afflicting her and the anxiety and apprehension about her illness becoming increasingly worse. With this in view, it is felt that efforts should be made to rule out the presence of

## 000896

past suggested probable causes, such a Multiple Sclerosis, a reaction to the vaccinatio:i received shortly before her initial episode of neurological symptoms, "Persian Gulf Syndrome", as well as others diagnoses mentioned.

DSM-IV-TR DIAGNOSES:

Axis I: Major Depressive Disorder, Single Episode.

Cognitive Disorder, NOS

Axis II: No Diagnosis.

Axis III: Deferred to Physician.

Axis IV: Severity of Psychosocial Stressors:

4- Severe.

Axis V: Current GAF: 62

RECOMMENDATIONS:

1. It is recommended that a more comprehensive neuropsychological evaluation be done.

2. Given Mrs. Peck's difficulty in retaining information solely presented audibly, an auditory test to rule out a hearing loss is recommende

## 000897

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 5/6/08

Clients level of distressed impairment: severe

## 000898

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 5/22/08

Clients level of distressed impairment: severe

## 000902

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 5/22/08

Clients level of distressed impairment: severe

## 000902

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 6/3/08

Clients level of distressed impairment: moderate

## 000904

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 6/10/08

Clients level of distressed impairment: severe

## 000908

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 7/8/08

Clients level of distressed impairment: moderate

*000918*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 710/08

Clients level of distressed impairment: moderate

*000920*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 7/17/08

Clients level of distressed impairment: moderate

*000922*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 7/22/08

Clients level of distressed impairment: In Pain again

000924

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 7/24/08

Clients level of distressed impairment: mild

000926

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 7/29/08

Clients level of distressed impairment: severe

000928

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 8/5/08

Clients level of distressed impairment: severe

*000932*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 8/7/08

Clients level of distressed impairment: moderate

000934

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 8/12/08

Clients level of distressed impairment: severe

*000936*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 8/14/08

Clients level of distressed impairment: severe

*000938*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 8/15/08

Clients level of distressed impairment: severe

000940

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 8/26/08

Clients level of distressed impairment: mild

## 000942

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 9/11/08

Clients level of distressed impairment: severe

## 000944

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 9/16/08

Clients level of distressed impairment: mild

## 000946

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 10/9/08

Clients level of distressed impairment: mild

*000948*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 10/14/08

Clients level of distressed impairment: severe

*000950*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 10/16/08

Clients level of distressed impairment: mild

Neural and verbal memory

## 000952

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 10/21/08

Clients level of distressed impairment: moderate

*000954*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 10/28/08

Clients level of distressed impairment: moderate

*000956*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 10/30/08

Clients level of distressed impairment: moderate

*000958*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 11/04/08

Clients level of distressed impairment: memory

## 000960

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P

Date 11/06/08

Clients level of distressed impairment: EON- MEM

# 000962

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 11/11/08
Clients level of distressed impairment: memory

*000964*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 11-20-08
Clients level of distressed impairment: severe

*000966*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 11/25/08
Clients level of distressed impairment: severe

# 000968

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 12/02/08
Clients level of distressed impairment: moderate
Neuro/ memory

*000970*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 12/3/08

# 000972

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 12/4/08
Clients level of distressed impairment: moderate

*000974*

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 12/9/08
Clients level of distressed impairment: severe/ Pain

# 000976

PROGRESS NOTE-Claudia Ghio, LP.A., LS.S.P
Date 12/16/08
Clients level of distressed impairment: mild
Neuro Rehabilitation of Memory

# 000978

# EXHIBIT B

Page: 1
Date: 9/26/14

12/15/2011
CHIEF COMPLAINT:
joint pain
HISTORY OF PRESENT ILLNESS:
Ms. Peck states that her midback pain is stable; however, she does continue to have that band-like feeling around her chest area due to her spinal cord stimulator. She does continue to have multiple joint complaints. Today she mentions her bilateral hips. As noted before, she has been diagnosed with Ehlers-Danlos syndrome. Her rheumatologist has ordered aqua therapy for her to start.. I discussed spinal cord reprogramming with this patient and since Hunter, the Medtronic representative, was the one who initially programmed her stimulator, I will try to request him to do a reprogramming on her stimulator again to see if he can give her midback good coverage without causing the band-like feeling around her chest. The patient indicates that her medications give her between 30% and 50% relief, her urine drug screens have been consistent.
**RR-000009**

Complains of nausea, diarrhea.
RESPIRATORY: Complains of cough.
MUSCULOSKELETAL: Complains of stiffness, bone pain, joint pain.
She has tenderness over the mid thoracic paraspinal muscles with spasm noted. Patient has normal range of motion in her thoracic and lumbar spine with minimal pain. She has mild tenderness over the bilateral greater trochanters. Straight leg raise is negative bilaterally.
**RR-000010**

Page: 11
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721.2)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
OSTEOARTHROSIS - GENERALIZED MULTIPLE SITES (ICD-715.09)
**RR-000011**

CHIEF COMPLAINT:
Mid back pain
Ms. Peck continues to have midback pain as well as complaints of arthritis in her hands, knees, feet, and hips. She has been diagnosed with Ehlers-Danlos syndrome by a rheumatologist in Denton, Dr. Luciano. She states that the spinal cord stimulator reprogramming on 09/18 did not get rid of the bandlike feeling that she has in her chest area, but it is still helping approximately 25%. She said that her Zanafiex is helping with her muscle spasms at night and letting her sleep,
She states that the hydrocodone is effective, but she takes 1 twice a day and it is not lasting the whole 12 hours. Her urine drug screens have been consistent

CHRONIC PROBLEM LIST:
ENCOUNTER FOR LONG-TERM USE OF OTHER MEDICATIONS (ICD~V58.69)
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
THORACIC DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.11)
OSTEOARTHRITIS - HAND (ICD-715.94)
DISTURBANCE OF SKIN SENSATION (ICD-782.0)
CERVICAL DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.0)
MFPS/FIBROMYALGIA (ICD-729.1)
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721 .2)
CERVICAL SPONDYLOSIS WITH MYELOPATHY (ICD-721 .1
**RR-000012**

She has tendemess over the mid thoracic paraspinal muscles with spasm noted .. Patient
has normal range of motion in her thoracic and lumbar spine with minimal pain. There is
tenderness to palpation over the joints in the bilateral hands
**RR-000013**

DIAGNOSIS:
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721.2)
OSTEOARTHRITIS - HAND (ICD-715.94)
CHRONIC PAIN SYNDROME (ICD-338.4)
**RR-000014**

09/16/2011
DIAGNOSIS:
CHRONIC PAIN SYNDROME (ICD-338.4), THORACIC/LUMBOSACRAL
NEURITIS/RADICULITIS UNSPEC (ICD-724.4),
THORACIC DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.11)
**RR-000015**

09/16/2011
CHIEF COMPLAINT:
Mid back pain
HISTORY OF PRESENT ILLNESS:
Ms. Peck had her Medtronic spinal cord reprogrammed today. She cannot tell yet if it is
helping. The representative told her to give it a few days. Right now her unit is turned
off. She continues to have pain in the thoracic spine area. She also complains of arthritis
in her hands, knees, and feet. She has a history of congenital hip dysplasia. She saw a
rheumatological specialist in Denton, Texas who officially diagnosed her with Ehlers-
Danlos syndrome. This doctor's name is Dr. Luciano and the patient has a follow up
appointment with her in October. She said that the hydrocodone added at
last visit for breakthrough pain is helping. The Zanaflex that she takes at night is helping
with her sleep.
**RR-000016**

Complains of vomiting, diarrhea.
Complains of stiffness, joint pain.
She has tenderness over the mid thoracic paraspinal muscles with spasm noted.
There is tenderness to palpation over the joints in the bilateral hands
**RR-000017**

DIAGNOSIS
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721 .2)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
MFPS/FIBROMYALGIA (ICD-729.1)
ENCOUNTER FOR LONG-TERM USE OF OTHER MEDICATIONS (ICD-V58.69)
**RR-000018**

08/18/2011
CHIEF COMPLAINT:
Mid back pain
HISTORY OF PRESENT ILLNESS:
Ms. Peck has a Medtronic spinal cord stimulator for her mid back pain. She says that overall it decreases her pain in that area approximately 25%. She states this is not as effective as it has been previously. She says she has not had any reprogramming done on the device. She also has an lnterStim implanted in the sacral area for urinary incontinence. Ms. Peck says that since her stimulator is not giving her as good coverage for her pain, she feels that the tramadol for breakthrough pain is not as effective and she is asking for something a little stronger. She says her long acting Ultramcontinues to work well. Her urine drug screens have been consistent
CHRONIC PROBLEM LIST:
ENCOUNTER FOR LONG-TERM USE OF OTHER MEDICATIONS (ICD-V58.69)
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
THORACIC DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.11)
OSTEOARTHRITIS - HAND (ICD-715.94)
DISTURBANCE OF SKIN SENSATION (ICD-782.0)
CERVICAL DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.0)
MFPS/FIBROMYALGIA (ICD-729.1)
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (lCD-721.2}
CERVICAL SPONDYLOSIS WITH MYELOPATHY (ICD-721.1)
**RR-000019**

She has some tenderness over the mid thoracic paraspinal muscles with some spasm noted.
**RR-000020**

05/23/2011
CHIEF COMPLAINT:
back pain
CHRONIC PROBLEM LIST:

ENCOUNTER FOR LONG-TERM USE OF OTHER MEDICATIONS {ICD-V58.69)
CHRONIC PAIN SYNDROME {ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
THORACIC DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.11)
OSTEOARTHRITIS - HAND (ICD-715.94)
DISTURBANCE OF SKIN SENSATION (ICD-782.0)
CERVICAL DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.0)
MFPS/FIBROMYALGIA (ICD-729.1)
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721 .2)
CERVICAL SPONDYLOSIS WITH MYELOPATHY (ICD-721 .1)
**RR-000022**

Complains of
palpitations, chest pain.
Complains of diarrhea.
Complains of stiffness,joint pain, bone pain.
Complains of memory changes, weakness.
**RR-000023**

DIAGNOSIS:
ENCOUNTER FOR LONG-TERM USE OF OTHER MEDICATIONS (ICD-V58.69)
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
THORACIC DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.11)
**RR-000024**

HISTORY OF PRESENT ILLNESS
Nancy has been recovering from her bladder stim implant. She is having some
discomfort along the right hip from the battery placement. She feels that it was placed a
little higher than the battery for her spinal cord stimulator which is in the left buttock
region. She is following up with Dr Antonini soon to discuss this issue.
04/21/2011
CHIEF COMPLAINT:
back pain
CHRONIC PROBLEM LIST:
ENCOUNTER FOR LONG-TERM USE OF OTHER MEDICATIONS (ICD-V58.69)
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
THORACIC DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.11)
OSTEOARTHRITIS - HAND (ICD-715.94)
DISTURBANCE OF SKIN SENSATION (ICD-782.0)
CERVICAL DISC DISPLACEMENT W/O MYE!-OPATHY (ICD-722.0)
MFPS/FIBROMYALGIA (ICD-729.1)
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721 .2)
CERVICAL SPONDYLOSIS WITH MYELOPATHY (ICD-721.1)
**RR-000026**

Complains of chest pain
Complains of stiffness, joint pain.
**RR-000027**

DIAGNOSIS:
ENCOUNTER FOR LONG-TERM USE OF OTHER MEDICATIONS (ICD-V58.69)
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
OSTEOARTHRITIS - HAND (ICD-715.94)
**RR-000028**

HISTORY OF PRESENT ILLNESS:
Ms Peck had her thoracic epidural spinal cord stimulator implanted with Dr Loftus less than 2 weeks ago, She was hospitalized overnight for 2 days. She was having problems with low blood pressure in the hospital. He has prescribed her Percocet 10/325 and Flexeril, which have been helpful for pain. She is requiring Percocet at about 6 a day. She is also scheduled to have her lnterStim unit surgically implanted with Dr Antonini on April 4th, The battery will be implanted into the right buttock. She is requesting we manage her postoperative pain for that surgery. She is not currently taking the tramadol 50 mg for breakthrough pain since her surgery as she found the right 1st MCP injection Dr Wills did slightly decrease the frequency of her thumb locking up, but she does continue to have some issues with this. Her medication usage appears to be appropriate and she appears emotionally more stable than she has in this past year. She is hopeful that when the swelling goes down, the thoracic epidural stimulator will significantly help with her mid back pain. She is a little sore from it at this time.
03/28/2011
CHIEF COMPLAINT:
Mid back pain
CHRONIC PROBLEM LIST:
ENCOUNTER FOR LONG-TERM USE OF OTHER MEDICATIONS (ICD-V58.69)
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
THORACIC DISC DISPLACEMENTW/O MYELOPATHY (ICD-722.11)
OSTEOARTHRITIS - HAND (ICD-715.94)
DISTURBANCE OF SKIN SENSATION (ICD-782.0)
CERVICAL DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.0)
MFPS/FIBROMYALGIA (ICD-729.1)
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721.2)
CERVICAL SPONDYLOSIS WITH MYELOPATHY (ICD-721.1)
**RR-000030**

Complains of fever.
Complains of nausea, diarrhea.
Complains of stiffness
Complains of headaches, weakness, numbness
**RR-000031**

ENCOUNTER FOR LONG-TERM USE OF OTHER MEDICATIONS (ICD-V58.69)
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
THORACIC DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.11
**RR-000032**

DIAGNOSIS:
Thoracic spondylosis without myelopathy ·
Mfps/fibromyalg ia
PROCEDURE PERFORMED:
Radiofrequency Thermocoagulation Neurotomy, Right TS Facet Joint Medial Branch
Nerve
Radiofrequency Thermocoagulation Neurotomy, Right T6, T?, T8 Facet Joint Medial
Branch Nerve
Fluoroscopic Needle Guidance
Supervision of Moderate Sedation (Start: 1118 End: 1126 )
DATE OF PROCEDURE: 09/28/2009
**RR-000034**

DATE OF PROCEDURE: 03/23/2011
DIAGNOSIS
Generalized osteoarthritis, involving hand
PROCEDURE
Right Metacarpophalangeal Intra-articular Joint Injection of the 1st Digit
Ultrasound Needle Guidance
Supervision of Moderate Sedation (Start: 1440 End: 1444
**RR-000036**

DATE OF PROCEDURE: 03/09/2011
DIAGNOSIS
Osteoarthritis of the Right Hand
PROCEDURE
Right Metacarpophalangeal Intra-articular Joint Injection of the 1st Digit
Ultrasound Needle Guidance
Supervision of Moderate Sedation (Start: 1510 End: 1517)
**RR-000039**

HISTORY OF PRESENT ILLNESS:
Established Patient Office Visit Wills
ESTABLISHED PATIENT
OFFICE VISIT
Ms. Peck returns to the clinic today for a routine office visit. She has completed her
thoracic RFTC at the T5, T6, T7, TB levels and noted greater than 75% relief of her pain.
She is now also in physical therapy and feels stronger. However, she has been noticing
some soreness over her upper arm. She has been advised to discuss this further with her
physical therapist. She is using light weights which may need to be adjusted. She is

apprehensive about the length of time she will note an improvement. She is aware that this is unknown. She will be meeting with a psychologist, Dr. Claudia Byrne, later in February and has been placedon Lamictal by her psychiatrist and feels that it is working better than her other psychotropic medications. Her family has noted improvement in her mood.

Date: 01/28/2008

CHIEF COMPLAINT:
Thoracic back pain.

CHRONIC PROBLEM LIST:
721.2 - Thoracic Spondyfosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
**RR-000042**

DIAGNOSIS:
721 .2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
**RR-000043**

Date: 11/29/2007

CHIEF COMPLAINT:
Thoracic back pain, total body pain.

HISTORY OF PRESENT ILLNESS:
Ms. Peck returns to the clinic today for a routine office visit. She has completed her series of three thoracic medial branch block injections and has noted a reduction of her pain for at least 2-3 days. She also finds that the Lidoderm patch is effective in reducing her pain which she places on in the evening. We discussed how she should continue with placement of the patch until at least noon to determine during the day if it does help to continue to reduce her pain. She states that when she awakens in the morning her pain level is less and as the day progresses her pain level increases. She has also been under the care of her psychiatrist who has recently taken her off Effexor and due to blood pressure elevation. She was placed on Lamictal. She states there is a family history of bipolar disorder. She has been on it for a short term and has difficulty assessing if it has been effective. She has never started the Lyrica. Her physician has recommended that she not start the Lyrica until her blood pressure and psychological condition improve. She is requesting psychological therapy but has limited reso•Jrces due to her insurance of TriCare Remote. We will try to find a therapist who can work with her regarding her depression and chronic pain issues.

CHRONIC PROBLEM LIST:
721 .2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
**RR-000045**

She has tenderness over the facet areas from the approximately the T6 through T9 levels. It is aggravated with thoracic lumbar extension.

She does note some tightness over the thoracic paraspinals.
DIAGNOSIS:
721.2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
**RR-000046**

HISTORY OF PRESENT ILLNESS:
 Ms. Peck reports that she got very good relief of her axial back pain with the spinal cord stimulator trial. It was an unusual trial in that we had to get the distal electrode all the way up to T5 to try to see if we could get coverage of the thoracic spine pain. She did also get some costal margin paresthesias which she felt were uncomfortable. I explained that there was no way to guarantee that she would not get these with surgical implantation of a paddle lead. She reports that when she turned the trial stimulator down to where she could not feel it along her ribs she still had some relief in her back. When she turned it all the way off, she felt the back pain return. This is actually a pretty good objective result for the trial.
02128/2011
CHIEF COMPLAINT:
Back pain.
CHRONIC PROBLEM LIST:
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
THORACIC DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.11)
OSTEOARTHRITIS - HAND (ICD-715.94)
DISTURBANCE OF SKIN SENSATION (ICD-782.0)
CERVICAL DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.0)
MFPS/FIBROMYALGIA (ICD-729.1)
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721 .2)
CERVICAL SPONDYLOSIS WITH MYELOPATHY (ICD-721.1)
**RR-000048**

Complains of chest pain
Complains of nausea, diarrhea
Complains of stiffness, joint pain
Complains of weakness
Thoracic spine exam reveals paravertebral spasm from the mid-thoracic spine down to the thoracolumbar junction with tenderness over the facet joints at multiple levels.
**RR-000049**

PLAN:
1. Based on the above discussion and information, I would recommend proceeding with a surgical consultation with Dr. Loftus to discuss the pros and cons of proceeding with implantation of a spinal cord stimulator.
2. Continue current medications as presently prescribed.
3. Return visit in one month or sooner on an as-needed basis.
IMPRESSION:

1. Chronic intractable pain which is multifactorial in nature.
2. Chronic thoracic radiculopathy
**RR-000050**

DATE OF PROCEDURE: 02/22/2011
DIAGNOSIS
Osteoarthritis of the Right Hand
PROCEDURE
Right Metacarpophalangeal Intra-articular Joint Injection of the 1st Digit
Ultrasound Needle Guidance
Supervision of Moderate Sedation (Start: 0953 End: 0956)
**RR-000051**

02/21/2011
Chronic Problems:
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
THORACIC DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.11)
OSTEOARTHRITIS - HAND (ICD-715.94)
DISTURBANCE OF SKIN SENSATION (ICD-782.0)
CERVICAL DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.0)
MFPS/FIBROMYALGIA (ICD-729.1)
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721 .2)
CERVICAL SPONDYLOSIS WITH MYELOPATHY (ICD-721 .1)
**RR-000056**

Nancy was seen today for post-op to SCS Trial.
Nancy states that she received 50-75% pain relief during her trial. Pt would like to wait
for a few days on proceeding with the implants. Pt is undecided.
During the visit today the patient was afebrile, the tape was removed, the lead was
removed with tip intact, the leads were removed with tips intact, the area was cleaned
with alcohol, antibiotic ointment was applied, bandaids were applied, no swelling or
drainage was noted, and no signs of infection were noted. Pt said that overall it worked
for her. She did some activities. Pt reported also that she decreased the medication. Pt
informed that the only thing that bothered her was the feeling in the ribs, she said that she
was having a tingling and pressure in her ribs. Pt reported also that she had a hard
time sitting down but had no problems with her legs.
02/21/2011
**RR-000058**

DIAGNOSIS:
Chronic pain syndrome
Lumbar/thoracic radiculopathy
Thoracic Spondylosis without Myelopathy
PROCEDURE PERFORMED:
Right Lumbar Epidural Eight Electrode Array, Percutaneous Spinal Cord Stimulator

Lead Placement
Left Lumbar Epidural Eight Electrode Array, Percutaneous Spinal Cord Stimulator Lead Placement
Fluoroscopic Needle Guidance
IPG interrogation and reprogramming
Supervision of Moderate Sedation (Start: 1204 End: 1235)
DATE OF PROCEDURE: 02/15/2011
**RR-000059**

C: DISCUSSION AND PLAN: The patient will be scheduled for follow-up in 5 - 7 days to remove the leads and assess the success of the trial. The patient was instructed to keep a diary of visual analog scale pain levels, use of opioid pain medications, and changes in usual level of function. Based on this, we will make recommendations regarding implantation of a permanent system.
**RR-000060**

02/10/2011
Nancy was seen today for pre-op to SCS Trial.
Patient was prescribed KEFLEX 500 MG CAPS (CEPHALEXIN) Take 1 twice daily starting on the day of the procedure.
**RR-000061**

01112/2011
CHIEF COMPLAINT:
Back pain, leg pain.
Ms. Peck is here to discuss spinal cord stimulation. She saw Dr. Loftus who recommended this approach rather than surgery. She has pain in her thoracic and lumbar spine as well as both legs. She also has pain in her neck and arms.We discussed how the spinal cord stimulator could potentially treat the lower thoracic lumbar and leg pain. Beyond that, it is difficult to predict what the stimulator will cover in terms of pain pattern. However, this is why we do the trial first to see what we can get in terms of coverage. At that point, we can make the decision about proceeding with a permanent implant. She is also seeing a urogynecologist and is considering having a bladder stim implant as well. Her medications are providing significant pain relief and maintenance of function. She is here today with her father who has questions that are answered regarding the stimulator trial as well as the chronic fatigue and depression. We went over all of this in a lot of detail today going through each medication one at a time and discussing its purpose as well as potential side effects and drug interactions.
CHRONIC PROBLEM LIST:
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
THORACIC DISC DISPLACEMENTW/O MYELOPATHY (ICD-722.11)
OSTEOARTHRITIS - HAND (ICD-715.94)
DISTURBANCE OF SKIN SENSATION (ICD-782.0)
CERVICAL DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.0)
MFPS/FIBROMYALGIA (ICD-729.1)

THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721.2)
CERVICAL SPONDYLOSIS WITH MYELOPATHY (ICD-721.1)
**RR-000062**

Complains of visual changes
Complains of chest pain.
Complains of nausea.
Complains of incontinence
Complains of stiffness, joint pain, bone pain
Complains of memory changes, weakness, numbness.
Thoracic spine exam reveals tenderness and paravertebral spasm in the mid- and lower segments down into the lumbar region. Trigger points are present diffusely in the paraspinals, latissimus dorsi, and lumbar paraspinal muscles.
**RR-000063**

PLAN:
1. As discussed above, we will proceed with a spinal cord stimulator trial utilizing two 1 x8 leads.
2. Continue current medications as presently prescribed.
3. We will have her go back to see either Jason or Claudia for the behavioral health evaluation prior to the trial.
4. Return visit in one month.
**RR-000064**

HISTORY OF PRESENT ILLNESS:
ESTABLISHED PATIENT
OFFICE VISIT
Ms. Peck is here for a foilow up visit accompanied by her father. She continues to have considerable mid back pain with radiation into her abdomen on both sides. She has known  disk protrusions at T5-6 and T7-8 in addition to facet degeneration. Her pain has been interfering with her activities of daily living including doing her dishes, folding her clothes and cooking. She would like to have a more active lifestyle if she could get better control of her pain. She did recently schedule a follow up visit with Thomas Loftus, MD, a surgeon she has seen in the past. He did discuss with her the possibility of doing a spinal cord stimulator trial that would cover her thoracic pain that radiates into her abdomen. We hadan extensive discussion today regarding the risks and benefits of the spinal cord stimulator trial including the psychological testing that would be involved.
12/17/2010

CHIEF COMPLAINT:
Mid back pain
CHRONIC PROBLEM LIST:
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
THORACIC DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.11)
OSTEOARTHRITIS - HAND (ICD-715.94)

DISTURBANCE OF SKIN SENSATION (ICD-782.0)
CERVICAL DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.0)
MFPS/FIBROMYALGIA (ICD-729.1)
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721 .2)
CERVICAL SPONDYLOSIS WITH MYELOPATHY (ICD-721.1)
**RR-000065**

Complains of stiffness, joint pain.
Increased pain with thoracic back flexion equal to extension.
DIAGNOSIS:
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
THORACIC DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.11)
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721 .2)
**RR-000066**

HISTORY OF PRESENT ILLNESS:
ESTABLISHED PATIENT
OFFICE VISIT
Ms. Peck presents today for a followup visit. She completed a series of TS, T6, T7
TFESls with Dr. Wills. She still cannot tell how much these injections have helped her.
as she has been spending 75% of the day in bed due to her orthostatic
hypertension. Ms. Peck did say that she had some functional improvements on one day
where she sat and organized her home office for about 3 hours, more work than she has
done in a couple of years she states. However, she had a significant flare of her pain after
these activities. She feels dizzy, weak and unsteady. Her gastroenterologist recently
prescribed her Marinol as she has lost 50 pounds in the past several months. She has no
appetite. She has found thatthe Marinol is helpful in increasing her appetite and also
helps with some of her fibromyalgia symptoms. Ms. Peck does take her medications as
prescribed.Ms. Peck has been frustrated as she did have significant reduction in her mid
back pain in the past though it was temporary after diagnostic medial branch blocks from
TS to T7. Unfortunately the radiofrequency procedure was no longer being approved by
TRICARE. I have informed.Ms. Peck that we were informed by ASIPP that they were
now reconsidering the radiofrequency nerve ablation procedure. She is tearful with the
thought of getting similar reduction in her pain that she experienced during the diagnostic
phase of these prior medial branch blocks.
10/18/2010
CHIEF COMPLAINT:
Mid back pain
CHRONIC PROBLEM LIST:
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
THORACIC DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.11)
OSTEOARTHRITIS - HAND (ICD-715.94)
DISTURBANCE OF SKIN SENSATION (ICD-782.0)
CERVICAL DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.0)

MFPS/FIBROMYALGIA (ICD-729.1)
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721.2)
CERVICAL SPONDYLOSIS WITH MYELOPATHY (ICD-721 .1)
**RR-000068**

Significant tenderness to palpation along the paraspinal muscles of the thoracic spine from TS toT7. She has increased pain with thoracic back extension greater than flexion. Also, has increased pain with lateral bending to both sides. She has diffuse tenderness to palpation of her bilateral upper and lower extremities as well as musculature of her entire spine consistent with fibromyalgia.
DIAGNOSIS:
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721.2)
CHRONIC PAIN SYNDROME (ICD-338.4)
MFPS/FIBROMYALGIA (ICD-729.1)
OSTEOARTHRITIS - HAND (ICD-715.94)
PLAN:
1. We will re-request radiofrequency nerve ablation of the bilateral T5-T7 facet joint medial branch blqcks given that she has had positive diagnostic response to these injections and we have been informed from ASIPP that she would now be a candidate for radiofrequency nerve ablation. We hope this will allow her to improve her quality of life by decreasing her pain and increasing her level of functioning.
2. Continue medications at their current strength and dose.
3. Discussed gradually increasing home exercise program. Cautioned about fall risk with her orthostatic hypertension, but she is continuing to work on this with her primary care physician
**RR-000069**

DATE OF PROCEDURE: 10/05/2010
DIAGNOSIS:
Thoracic spondylosis without myelopathy
Mf ps/fibromyalgia
PROCEDURE:
Bilateral T5, T6, T7 Transforaminal Epidural Steroid Injection
Fluoroscopic Needle Guidance
Supervision of Moderate Sedation (Start: 1435 End: 1440)
**RR-000071**

DATE OF PROCEDURE: 09/23/2010
DIAGNOSIS:
Thoracic spondylosis without myelopathy
Mfps/fibromyalg ia
PROCEDURE:
Bilateral T5, T6, T7 Transforaminal Epidural Steroid Injection
Fluoroscopic Needle Guidance
Supervision of Moderate Sedation (Start: 1145 End: 1149)
**RR-000073**

09/21/2010
CHIEF COMPLAINT:
back pain
HISTORY OF PRESENT ILLNESS:
Nancy is here for a followup office visit. She had a bilateral TS, T6, T7 transforaminal epidural injection done on September 7. She states that she cannot tell at all if it helped because she has been in bed because of her orthostatic hypotension. Her hands are doing well. Her medications are doing well. She had the understanding that she would need an office visit for medications which is not the case with the medications that she is on. She is not on any C2 prescriptions right now
CHRONIC PROBLEM LIST:
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
THORACIC DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.11)
OSTEOARTHRITIS - HAND (ICD-715.94)
DISTURBANCE OF SKIN SENSATION (ICD-782.0)
CERVICAL DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.0)
MFPS/FIBROMYALGIA (ICD-729.1)
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721.2)
CERVICAL SPONDYLOSIS WITH MYELOPATHY (ICD-721.1)
**RR-000075**

DIAGNOSIS:
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721 .2)
THORACIC DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.11
**RR-000076**

DATE OF PROCEDURE: 09/07/2010
Cervical spondylosis with myelopathy
Thoracic spondylosis without myelopathy
PROCEDURE:
Bilateral T5, T6, T? Transforaminal Epidural Steroid Injection
Epidurogram and Interpretation
Supervision of Moderate Sedation (Start: 1421 End: 1427
**RR-000078**

Change in work status
**RR-000087**

Date: 02/13/2012
Fever
Stiffness
Joint pain
Abnormal heart beat
Chest pains

**RR-000088**

Osteoarthritis, Hypermobility Sydrome, Ehlers Oanlos. Syndrome. Orthostatic
Hypotention
PAST SURGICAL HISTORY:
Cholecystectomy; Anal Fistula repair ; Left foot Surgery; Anal Fistula repair ; T & A;
Neurostimulator implant; lnterstim Implant
**RR-000093**

status
Resumed any hobbies or activities- no
Ability to perfonn daily chores-no
Change In work status
**RR-000097**

Fever
Stiffness~
:Bone pain
Abnormal heart beat
Chest pains
Memory changes
.Headaches'
Shortness. Of breath
**RR-000098**

Date: 11/17/2011
X-Ray t\ (\tvTr -*e-c..k ~
**RR-000105**

Fever
Stiffness
Joint pain
Abnormal heart beat
Headaches
Shortness of breath
**RR-000106**

Date: 09/16/2011
Increased Pain
Physical Therapy
X-Ray \-\-Ai\'DL ~t\~ne<l.. r--~t<
Experienced Side effects from your medications such
as nausea, vomiting, constipation, Itching, mental
cloudiness, sweating, fatigue, drowsiness
**RR-000113**

Date: 09/16/2011
Pl~le ~· wo · that describe your pain: ~· ~ · ConsU. _ . . Numbing. ~ ~
Sharp Stabbing Tinglihg ~ramp!~ ~- ~ging
Vomiting
Diarrhea
Fever
Joint pain
Memory changes
**RR-000114**

Date: 09/16/2011
Increased Pain
Physical Therapy
X-Ray \4-Af\1)_.L Fe:t\_LKne
Experi~ side ehcts frCm your medications such
as nausea1 wmiting, constipation, Itching, mental
cloudiness, sweating, fatigue, drowsiness
**RR-000118**

Vomiting
Fever
Diarrhea
Stiffness
Joint pain
Memory changes
**RR-000119**

Date : 08/1812011
Increased P-ain
Physical Therapy
**RR-000130**

Date: 08118 120 ·~ 1
~h-~.; ("'i5~if> (consta~'
\ Burnifig·
_c;;n~pir)g
<~-~-~-~-~~~;i
Fever
Diarrhea
Stiff e-: s
Chest pains
**RR-000131**

May 13. 2011
HISTOnY: Nancy is approximately 8 weeks status post upper thoracic epidural spinal
cordstimulator implant with left buttock rechargeable generator. She states she is getting

stimulation to the thoracic spine and around the bilateral ribcage and foels that the stimulator to hdping w decrease her pain overall. She does state she would like more stimulati.on to the thoracic spine and less stimulation to the bilateral ribcage. She does .state she has not reprogrammed with Medtronic yet .since .having the stimulator implan:reQ, $he did just have an interstitial stimulator

implanted on April 9th with Dr. Antonini and' st.llt~s that she did very wdl with this. She states she is no longer getting the spasms to the thoracie spine that she was. getting a1 ht:r previous office visit. She is currently taking tramadol, extended releast:, 100 mg J pill daily and Mobic and feels tha1 her current medications help to reduce t111Y of her postoperative pain. She denies any falls, trauma fever, or t:hills. Overall she is doing well and is very pleased with her sLirgir.:al outcome.

PLAN: Resu:ictions and I.imitations ongoing were discussed with the patient today. She wasadvised to follow up with the Medtronic represe11tative for rcprognµnming of ber stimulator. Thepatient did discuss with D.r. Loftus today tj,in she does have symptoms suggestive of Ehler-
**RR-000132**

Danlos sytidrome. '·Ji./e will have the patient return Lu the clinic on an as-needed hasis w l"ollow up with Dr. Loftus
**RR-000133**

Date: 0512312011
Experienced side effects from your medications suchas nausea. \Omiting, constipation, itching, mental 0cloudiness, sweating, fatigue, drowsinass
**RR-000136**

Date: 05/23/2011
.,,., s_f_i:a_·r_~... ..;. /
'.°,.,.C~;-~plng "" /'Radiating
Nausea
omiting
Difficulty controlling urine
Stiffness
Joint pain
Bone pain
Chest pains
Abnormal heart beat
N\ernory chan9e<:.
Weakness
**RR-000137**

Date: 05/23/2011
as nausea, \(Jmiling, constipation, itching. mental /\'
cloudiness, sweating, ratigue, drowsiness
Diarrhea
Difficulty controlling urine

Stiffness
Joint pain
Bone pain
Chest pains
~ 0 Abnormal heart
tv\ern ory change~.
W eaknP..ss
**RR-000144**

March 31, 2011
HISTORY: Nancy is 2 weeks status post upper thoracic epidural spinal cord stimuJator implant with left buttock rechargeable generator. She states she is getting coverage to the thoracic spine and bilateral ribcage to tbe areas where she desires to have coverage. She does describe that she is having musde ·spasms around bet in.cision sit~~ She states the more active she is, the more spasm she has in this area. She states she is currently taking Pcrcocet, up to 6 per day and taking Flexeril at 2 per day. She denk:s any fa.lb, trauma, fever or .chills postoperatively. She states she does have .surgery scheduled for implantation of her interstitial stimulator on April 9, with Dr. Antonini. She states overall she is getting cove?rage with the stimulator to the areas of pain \Vitb pain reduction. She states at this time her incision pain is most problematic postopt!ratively.
**RR-000153**

Match 15. 2011
I had the Qpponunity to see Nancy Peck in my clinic today for evaluation of thoracic spinal cord stimulator implant for her thoracic spine pain. Please see attached clil)ic note. She had a very good response to the trial undm- the direction of Or. Wills recently with a lead implant at approximately the T5 level. She is willing to move forward with permanent implantation. I have scheduled her to undergo an upper thoracic epidural stimulator implant with left bullock rechargeable generatorplaoement an March 16. 1 will keep you apprised of her progress after surgery.
**RR-000156**

Page: 157
:l3/l 7/ll
ADM DAT!::
DIAGNOSIS:
Chronic pain syndrome
l"ROCC:DUF.E: :
Upper thoracic e9idural $pinal cord sti..-nulat::>r with le!t btittock recl1a.rqcuble generator.
HISTORY OF PRESENT ILLN£SS:
The ;::;>atient !.s a 46-year-old female who p?:"esents to the off.ice w.i.Lh a. prima::-y complair.t of -::.hor.acic and bilateral rib cage radicul.opattiy symptoms. St1f'! describes her thoracic pain ~s a :tharp .stabbing pain that will radia-n!. anwnd the ~:.lateral .rib cages and ma.l::e it difficult for her to breath. She stares that certain acti ¥1 ties suer. as washing di.!lnes or folding laundry or any kind of

activities wa.th her bi:ateral upper extremities -:.bat i.nvolves reaching or
s-:ret.chinq wil.1 usually exacerbat:e her th.ora.ci:c pa·in. She does state that she
::ollcws up wi-::h Dr. Wells in pain :management and ha~ had approximately 2-3
P-µ.i.d~ral steroid .i.njec-.:.ions to thoracic !!pine that she .feel~ has helped some tc
decrease her thora:::.i.c pair; b>.1t not siqnificantly and only last for a short
pe.riod of time. It t1as been recommended by Dr. Wil·ls in the past to do a
radiofrequency to the ~horacic spine but ":his was denLed by her insurance. Sr.e
!·:as dls;:i completed physical therapy in the past wit!': short term bene.fi t:.. She
does describe ;m inc.;ident in 01./11 .where s .he was ho.sp·ita.li.:ted for approximate.ly
30 days for a ne!:Vous breakdown. Sh~ estates that when ;she was inpl!.tient she ::lid
have shoe~ treatments t::>r depression. She stat.es th1JL s.ince having tl-.e shock
t:::ea::.ments she nas he.d qi.fficulty with coqnition €IS well as h~d some problems
witt:. b J. a.dcter and. bowel incontinence. She does state that she has follcwed up
with an urogynecologist, Dr. Antonini and is pl.a.nr:ing on having .,n int:erstitial
.st.inr.Jlator iJr,planted on 4/9 by er. Antonini !or her bowel and bladder
:..ncontinence. The pa.ti.ent did 'Complete a spinal corct s .timula:::or trial with Dr.
\Hlls at t.he end of February and states that she did ha·ve ~dequate coverage
with the stimulator to her thoracic spine and around her rib cages during t.he
~rial and felt that overall it helped to decrease her thoracic and rib c~gc
pain by greater ·:han 50%. She also· states tt.at during the trial. she felt
t:hat. it also helped w:i.t:h some of he!: bowel incontinence. She felt that she
had more regular bowel movement..o:i du!'." .ing the t.::lal and she did no~. :"lave as
nu;ch diarrhea and cons~ipati~n. She states t .hat she ff.ll t. thi!t she was mo::e active
during the ·trial and was a.b,le to dO more activities wi.t.hm;t pd.in :Jve.::.a.l l . She
wa.s very pleased. with i::.he t.rial and is int:eres;::ed in mov!:ng forward wi. th
permaner:t imFlantat ion ot; the -spinal ccrd stilri(ll.ato.r.
Chronic pain, fatigue, hiatal hernia, anxiety, depression, gastritis, slee:;:

**RR-000157**

Page: 158
d i sonie!", hyperLenainn, ini;Cl!ll1.:.a, alle:rgic r.t·-.initis, asthlr.a, sle·ep ciprcea .ar.d
no':.tole:?:ating CPA? machine.

**RR-000158**

Page: 159
She ~·as m.ild ·tend~rness to pal pat.ion to -:;he r.:i,.q;it thoracic
pa:r-aspin;.l musculature f;om approximately T5-TI regitm.
'l'his patient is a 46-year-old female with .a pri.m.ary comp.Laint of thoracic ::ain
:::::adiati:'lg around the ·bil ateral r:.b cages. Based upon ::he cii!lical findi:lgs, the
faill:re of conservative measi:..res to -::reat this pe1tient 's pain, as well as tne
patient's excellent response· with the ·spinal cord st:..mulator trial where she
had greater than a 5:>"1! reduct.ion in her thoraci.c and bil.at.eral rib:::age pair:. as
wel l as increa.se i:'l he!: act.i.vir.ies of daily living d.u::ing the trial. we ::-1ave
deemed this pa.tient a viable candidate ! ·or surgi.cal intervention. Ne have
recommended an upper thoracic epidural 3pinEll cord stimulator with left
buLLock rechargeable neurolcgic deficit, be:no.c:rhage, stroke, no': .fo.rmi.:..lating

de.flnitive diaqnosis, possi ble nP.ed for oper<>tion .:.n the future, infection or deat:h
**RR-000159**

Date: 03/28/2011
**RR-000170**
Nausea
Diarrhea
Fever
Stiffness
Headaches
Weakness
Numbness
**RR-000171**

DATE: 03/21/2011
REASON FOR HEFERRAL: D1SPLCMT THOR DISC W/O MY:ELOPATHY
**RR-000178**

03/16/2011
She saw Dr . Loftus. who recommended this .approach rather than s .urgery. . She hc;ts
oain in her thora:c1c and luIJib<a:.r spine as w~ll as both legs. She alsc has parn
l n her neck and arms. We discussed how the spinal cor-d stimulator cculd
potentially treat the l ower thoracic lumbar and leg pain. Beyor.d ::hat, it is
difficult to predict what t11e st.i rnulator will cover in terms of pain
**RR-000179**

D Nausea, Diarrhea, S~ffnes~
':;:I<( 0 Joint pam
Chest pains
Weakness
**RR-000193**

DATE: 02/17/2011
P.E.l\SON FOR REFERRAL: OSTEOARTHROS UNSPEC GEN/LOC HAND
**RR-000201**

DATE: 02/09/2010
She ti.as had an MRI scan of the thoracic spine which does reveal TS-6 and 17-8
disc abhormalities. She is wanting to pursue interventional procedures rather
than surgical t reatment. Hee pain. starts in the middle of her back between
her shoulders blades and radiates around her chest wall. He.r: wors t pain is in
a thoracic axial pattern .
**RR-000332**

01/13/2010
Int.erventional Procedures 1. Bilateral TS, T6 and T7 Media l Branch Nerve

(Facet Joint) Block x 3 2. Procedure li teratu.r.e was given to patient. .
Fo llow-up Appointments Office visit in 1 mon::h.
REASON FOR REFERRAL: THOR SPONDYLOSIS WITHOUT MYELOPATHY
**RR-000335**

11/30/20U9
She completed her RFTC. to the right T5-T8 levels as well a:s trigger point
injections . She h~ .s noted at 1easi:t a 20-3-0% r~duction of pain to her thoraci c
spine an~ feels that. it has allowe'd her to :sl~ep at ni11ht. She has been
pleased in general with the results. She cont1nu·es to incorporate 01 tracet
t wice a Glay.
**RR-000336**

10/06/2003
She tad a thoracic media: b~an~h RFTC at TS, T6, 17 ~nd TB on 9/14. She sta~es
t hat the day af t er her procedure she started running a :.ow grade temperatuL·e
ranging from ~9.0 to 100.4 daily .
**RR-000337**

09/13/2001
Interventional Procedures 1. Right L2, 13, 14 and L:· Thermal Radicfrequency
Neurc.l Ablation 2. Procedure literature was given to patient. Physica:.
Therapy/Rehabilitation Continue home exercise program
REASON FOR REFERRAL: LUMBOSAC SPCNDYLOSIS W/O MYElOPll.TH':
**RR-000338**

09/04/2001
Ms . Peck i s having a retu.rn of pain in her t:-1or::1cic spine, left greater than
right, radiating along her left ribcage. She occasiona:ly has statbing pa j n
that she fe.els underneath her left bre.ast. .She also has neck pain in an axial
pattern as well as internit~ent low back pai~ .
**RR-000339**

~----------
Dull or Cramping
Please list any physical activities; that you hope your pain management program will
help you tocontinue or resume. Please be as specific as possible. hobbies; exercises, part
time work etc
**RR-000341**

11/09/2007
REASON FOR REFERRAL: THOR SPONDYLOSIS WITHOUT MYELO
**RR-000342**
12/0S/OS
MIU LtJMJWl SPlNt Wl'l'HO'U'T' CON'l'RASTi
Back pala.

Cblllps of disc deticcatian oh miJd degree are present It T12-Ll and Ll·L2. Mild bulging of the annulus is present Disc dcliccatiOD ii present at LS-Sl. Slight posterior lmWlar bulains ii. prcemt. High sianat intensity along the postmor dilc mugin near the midline and 1lona tho left pnoentraJ dilc lllllJin i• consistent with annular tear

**RR-000343**

09/20/2007
Ms. Peck has a 13-year history of chronic pain syndrome. The pain is centered in her mid-thoracic spine ·area. She demonstrates an area just below her bra strap where she feels severe pain that radiates along her ribcage and also up and down her spine.
REASON FOR RBFBRRAL: THOR SPONDYLOSIS WITHOUT MYBLO

**RR-000345**

;OS/0212007
PROCEDURE: MRI Of THE BRAIN

**RR-000347**

e:05/02J2007
PROCEDURE.! MRI OF THE 'rHOAACIC SPINE

**RR-000348**

1. Please describe the location of your pain: ~ 4 e..-4.

.Please list any physical activities .• •. etc th~lf hope your pain management program will help you tocontinue or resume. Please be as specific as possible  hobbies, exercise part time work
RR-000350

**RR-000351**

May 5, 2008
Mrs. Peckreports that on Febniary 1995~ while Jiving in Abu D~bi (United Arab Emirates) where her husband was.stationed, she ~x.periencedasudden, intense pain on the right side ofher body> including f~, arm,, and leg. She al5o noted difficult with vision in the right eye and occasional douhle·vision. Following this incident, she began. to have periods of intense fatigue, parllStbesias, and muscle pain in both sides of body. Initially these periods were fat apart from ea;ch other, now they have become increasingly closer to each other. Presently, the etiology of her symptoms is not clear and a diagnosis has not been made.Mrs. Peck reports that since the above described incid~, she has been having severememory deficits involving· finding the right word, significant trouble remembering names and numbers, and frequently niissing parts of infonnation presented either visually, orverbally. Family members complain about her repeating the same questions or
.:.J'om11ttion, after only a few minutes of delay. When writing, she made grammatical and

**RR-000353**

spelling errors that she never did before. She believes her vocabul~ finds herself making simple mistakes like missing the letter "r" (i.e. "your") or writing the letter "e" for "I" and vice versa. She has had from husband and friends about her increasing spelling and gramma Mrs. Peck has a :Saclielor degree in Psychology and Pre-Med. She I in nursing and a Master in Health Services Management. For the p~ legal nurse consultan~ sub contracting for lawyers 01 insurance con: cases where she has to report her findings in writing. She reports tt. would mot be re-hired anq W3$ told this was due to her spelling and cont:.ained in her reports. She reports that she graduated Magna Cur these-types of problems before.

Presently, her pain has become almost constant. In addition to havi long muscles1 now she has .Pain in knees, joints, and palms. News~ teeth pain, headache pain which appears associated to her teeth pair heaviness of right side of body and feelings of "a needle being stucl feet or hands". Many times $he trips while she is in pain. Additioru increasing loss- of concentration .and trouble sequencmg and organh Mrs. Peck has been.repeatedly evaluated by Neurologists who have for her symptoms. Their findings included: dysesthesias, possible d: of questionable etiology, anomia, difficulty with vision, right facial migraine equivalent syndrome, and possible medication reaction. Ji her early consults~ Dr. Wayne H. Gordon raised the possibility of '"l I Syndrome,'~ a diagnosis never again suggested. !

Mrs. Peck has had a CT scan of the brain done.in Abu Dhabi and 5 studies had yielded results consistent with Multiple Sclerosis or a st rested for syphilis, Lyme disease$ and heavy metal poisoning. all of· Prior to her move to Abu Dh.$bi. Mrs. Peck received sev~al immWJ included MMR, hepatitis A, hepatitis B, PPD, malaria, typhoid feve meningococcal, and flu. The immunizations were given prior to th( fatigue and right side ~rasthesias, and lasted for two weeks.

Mrs. Peck has had trigger point injections, 2 cortisone injections, bt physical therapy to alleviate her Chronic pain. She reports very litt11 and only for short periods of tim~.

**RR-000354**

PAST MEDICAL IDSTORY:
History of hypothyroidism.
Possible Toxic Shock Syndrome as a teenager.
Chronic n:ctal fissure.
Left foot neuroma. Removed.
Hemanuia of questionable etiology.
Cholecystectomy, 2003 or 2004.

**RR-000355**

These results, with the exception of Visual Immediate Memory and Working memory, are below the expected level relative to the results on the intellectual testing

**RR-000357**

On tb.e Recall part of this
measure she obtained a Stan.dard Score of'83 indicating that her visu,al recall memory is impaired

**RR-000358**

The results of achievement test are negative for learning disabilities. However, scores obtained are lower than expected from a person who was in p~med and held a 4.0 GPA while in College. This is C$pecially seen in the area of Spelling, a subject she reports experiencing problems. This lower than expected achievement suggests the presence of deteriorative signs of undetermined etiolog.

Mrs. Peck index score in General Memory suggests the present of a clinically significant diminished memory capacity. There is a marked reduction in immediate and delayed auditory memory which suggests that this memory deficit is ·of phonological origin

It is clear that Mrs . . :Peck is currently suffering from clinically significant memory intpairm~ most likely associat~d. With an organic etiology. She also suffers from chronic pain, loss of motor to~, paresthesias, migraine headaches, and fatigue . These symptoms have not yet been linked to a defiu,ite diagnosis or etiology and Mrs. Peck has become increasingly depressed, hopeless, and withdrawn. It also seems clear that her ongoing depressive symptoms have been the result, in large part, of not knowing what is afflicting her and the anxiety and apprehension about her illness becoming increasingly w()rse. With this in view, it is felt that efforts should be made to rule out the presence of

**RR-000359**

past suggested pro~ble causes~ stlch a Multiple Sclerosis, a reaction to the vaccination received shortly before her 4iitial episode Qf neurological symptoms, "Persian Gulf Syndrome'\ as well as others diagnoses mtmtioned.

**RR-000360**

12'0.W5
MRI TBORAac SPINI WITJIOlJT CON'l'llAST:

**RR-000361**
Page: 365
05/10/2007
PT NBBDS PAIN SPBC FOR PAIN, Mot.TIPLB SITBS
RBASON FOR RBFBRRAL: PAIN IN JOINT, MULTIPLE SJ:TBS
RR-000365
Page: 369
~ Physical Therapy

**RR-000369**

Pain Assessment Questionnaire
9 - I - 01

**RR-000370**

**RR-000372**
~ Vomiting ~ ~

~
List other activities you would like to return to doing: parttime work
**RR-000374**
If you are unemployed or employed part-time, is this due to your present pain conditior:
yes
**RR-000376**

DATE: 07/24/2008
REASON FOR REFERRAL: THOR SPONDYLOSIS WITHOUT MYELO
**RR-000378**

Date: 5 I LI 0 \-
l.Please list any physical activities, hobbles, exercises, that you hope your pain
management program will help you to: part time work
**RR-000379**

09/07/2010
DIAGNOSIS:
Cervical spondylosis with myelopathy
Thoracic spondylosis without myelopathy
PROCEDURE PERFORMED: Epidurogram and Interpretation
INDICATIONS FOR PROCEDURE:
This patient is under my care for intractable pain. As part of the plan of treatment, this
epidurogram is being
performed in conjunction with an epidural steroid injection to assist in diagnosing any
epidural abnormalities
that might contribute to the pain etiology, and to guide further treatment.
**RR-000380**

HISTORY OF PRESENT ILLNESS:
ESTABLISHED PATIENT
OFFICE VISIT
Ms. Peck presents today for a follow-up visit. She continues to have considerable mid-
back pain that is now interfering with her ability to grocery shop. When she leans foiward
on the cart, it typically increases her mid-back pain. At its worst, it radiates around into
her chest on both sides. She is concerned that the disc herniations she was told about in
the past are causing this pain.
08/27/2010
CHIEF COMPLAINT:
mid back
CHRONIC PROBLEM LIST:
CHRONIC PAIN SYNDROME (ICD-338.4)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
THORACIC DISC DISPLACEMENT W /0 MYELOPATHY (ICD-722.11)
OSTEOARTHRITIS - HAND (ICD-715.94)
DISTURBANCE OF SKIN SENSATION (ICD-782.0)

CERVICAL DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.0)
MFPS/FIBROMYALGIA (ICD-729.1)
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721.2)
CERVICAL SPONDYLOSIS WITH MYELOPATHY (ICD-721 .1)
**RR-000382**

Complains of stiffness, joint pain.
She has tenderness to palpation along the paraspinal muscles of her thoracic spine from
T5-T10. She has increased pain with thoracic back flexion greater than extension.
DIAGNOSIS:
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721 .2)
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
MFPS/FIBROMYALGIA (ICD-729.1)
CHRONIC PAIN SYNDROME (ICD-338.4)
IMPRESSION:
This is a 45-year-old female with thoracic disc degeneration with protrusions
predominantly at the TS-6 and T7-8 levels
who has elements of discogenic pain concordant with these radiology findings.
**RR-000383**

DATE OF PROCEDURE: 08/10/2010
DIAGNOSIS
Generalized osteoarthrosis, involving hand
PROCEDURE
Right Intra-articular Joint Injection of the 1st Digit
Left Intra-articular Joint Injection of the 1st Digit
Ultrasound Needle Guidance
Supervision of Moderate Sedation (Start: 1052 End: 1059 )
**RR-000385**

HISTORY OF PRESENT ILLNESS:
ESTABLISHED PATIENT
OFFICE VISIT
Ms. Peck presents today for a follow-up visit. She has purchased her wrist extension
braces which she thinks may be helping a little bit. She also had her first intraarticular
injections which have helped some with the pain in her thumbs, but she continues to have
some "catching" first thing in the morning when she has difficulty flexing the joint.
08/02/2010
CHIEF COMPLAINT:
bilateral han
CHRONIC PROBLEM LIST:
OSTEOARTHRITIS - HAND (ICD-715.94)
DISTURBANCE OF SKIN SENSATION (ICD-782.0)
CERVICAL DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.0)
MFPS/FIBROMYALGIA (ICD-729.1)
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721 .2)

CERVICAL SPONDYLOSIS WITH MYELOPATHY (ICD-721.1)
**RR-000387**

Complains of stiffness
Complains of memory changes.
DIAGNOSIS:
OSTEOARTHRITIS- HAND (ICD-715.94)
CERVICAL DISC DISPLACEMENT W/O MYELOPATHY (ICD-722.0)
MFPS/FIBROMYALGIA (ICD-729.1)
THORACIC SPONDYLOSIS WITHOUT MYELOPATHY (ICD-721.2)
**RR-000388**

DATE OF PROCEDURE: 07/27/2010
DIAGNOSIS
Generalized osteoarthrosis, involving hand
PROCEDURE
Right Intra-articular Joint Injection of the 1st Digit
Left Intra-articular Joint Injection of the 1st Digit
Fluoroscopic Needle Guidance
Supervision of Moderate Sedation (Start: 1028 End: 1034
**RR-000390**

DATE: 07-09-2010
**RR-000392**
Date: 07/09/2010
CHIEF COMPLAINT:
Hand pain, mid-back pain.
Ms. Peck presents today for a follow-up visit. She continues to find pain around the areas of her bilateral thumbs and her mid-back. She is awaiting approval of a repeat RFTC procedure to address the pain related to her mid-back spondylosis. She has had this procedure before and it provided her with a significant reduction in her pain. She feels as though poorly controlled pain worsens her depression and anxiety. She is hopeful that they will approve this procedure. She has an extensive medical history. She describes to me an adverse reaction to an ECT procedure she had in the past which she states worsened her memor
**RR-000394**

Tenderness to palpation of the paraspinal muscles of her thoracic spine bilaterally consistent with facet tenderness
DIAGNOSIS:
715.04 - Generalized osteoarthrosis, involving hand
721.2 - Thoracic spondylosis without myelopathy
729.1 - MFPS/Fibromyalgia
721 .1 - Cervical spondylosis with myelopathy
**RR-000395**

DATE: 06-07-2010

**RR-000397**
MEDICATION REQUESTED:
1. Ultram ER 200 mgs
CLINICAL:
LMN-Ultracet
LETTER OF MEDICAL NECESSITY
The above listed patient is under my care for chronic intractable pain. As part of the treatment for this
condition, they have been prescribed Ultram ER. Ultram ER is a potent, non-narcotic analgesic that is being
used to reduce the patient's level of pain and increase their level of function. The patient is using the
medication appropriately, without misuse or abuse behavior, and it is a medically necessary part of the overall
treatment plan. The duration of use will likely be long-term.
DATE: June 7, 2010
**RR-000398**
06/07/2010
DIAGNOSIS:
Thoracic facet arthropathy
Thoracic facet radiofrequency thermocoagulation.
CLINICAL HISTORY:
Ms. Peck is under my care for intractable pain related in part to multilevel thoracic spondylosis and facet arthropathy. She recently underwent a series of thoracic facet injections at the T5-6 and T6-7 levels. It is our standard of practice and also the standard of care in our region to perform radiofrequency ablation of the medial branch nerves when temporary but not sustained relief is achieved with facet medial branch nerve blocks.
**RR-000400**
Page: 402
Date: 06/07/2010
CHRONIC PROBLEM LIST:
721.1 - Cervical spondylosis with myelopathy
721.2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
715.04 - Generalized osteoarthrosis, involving han
**RR-000402**

Page: 403
extremities;MUSCULOSKELETAL: Thoracic spine exam reveals point tenderness over the mid- and lower facet column with overlying paravertebral spasm
DIAGNOSIS:
721.1 - Cervical spondylosis with myelopathy

721.2 - Thoracic spondylosis without myelopathy
729.1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myefopathy
IMPRESSION:
1. Multilevel thoracic spondyfosis and degenerative disc disease.
2. Bilateral metacarpal phalangeal arthritis. She does have tenderness to palpation over the first and second MCP joints with erythema or swelling.
3. Cervical spondylosis and degenerative disc disease.
**RR-000403**

Page: 406
DATE: 05-18-2010
Recommendations
Bilateral carpal/metacarpal joint injections.
**RR-000406**

Page: 407
DATE OF EXAM: 05/18/2010
1. The bilateral median distal sensory latencies are borderline abnormal.
**RR-000407**

Page: 411
DATE OF PROCEDURE: 05/13/2010
HISTORY:
Chief Complaint/Present Illness: 721.1 - Cervical spondylosis with myelopathy
721.2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
**RR-000411**

Page: 413
DATE: 05-05-2010
lnterventional Procedures
1. Bilateral TS, T6 and T7 Thermal Radiofrequency Neural Ablation
2. Trigger Point Injections Bilateral Thumbs x2
3. Procedure literature was given to patient.
**RR-000413**

Page: 415
CHIEF COMPLAINT:
Hand pain, back pain.
HISTORY OF PRESENT ILLNESS:
Ms. Peck is concerned about his hand. She has had increasing pain in her thumbs as well as in her wrists and she has noted swelling. Topamax has been helping, and she wants to go up on this dosage upon the recommendation of her allergist. She would also like to go up on the dosage of her Mobic on the recommendation of her primary care physician. She

would like to proceed with thoracic facet injections for the thoracic pain which has been increasing in severity over the last couple of months. She also is reporting occasional tingling and numbness in her fingers.

Date: 05/05/2010

CHRONIC PROBLEM LIST:

721.1 - Cervical spondylosis with myelopathy

721.2 - Thoracic Spondylosis without Myelopathy

729.1 - MFPS/Fibromyalgia

722.0 - Cervical Disc Displacement w/o myelopathy

**RR-000415**

Page: 416

Tenderness is present in the MP joints of the first digit bilaterally. Thoracic spine exam reveals tenderness over the facet joints at T5-6, T6-7, T7-8 with overlying paravertebral spasm

DIAGNOSIS:

721.1 - Cervical spondylosis with myelopathy

721.2 - Thoracic spondylosis without myelopathy

729.1 - MFPS/Fibromyalgia

722.0 - Cervical Disc Displacement w/o myelopathy

IMPRESSION:

1. Chronic intractable pain which is multifactorial in nature.

2. Thoracic facet arthropathy.

3. Possible inflammatory arthritis versus osteoarthritis.

4. Possible carpal tunnel syndrome.

**RR-000416**

Page: 420

DATE OF PROCEDURE: 04/15/2010

Chief Complaint/Present Illness: 721.1 - Cervical spondylosis with myelopathy

721 .2 - Thoracic Spondylosis without Myelopathy

729.1 - MFPS/Fibromyalgia

722.0 - Cervical Disc Displacement w/o myelopathy

**RR-000420**

PLANNED PROCEDURE/OPERATIVE PERMIT:

Bilateral T5, T6 and T7 Medial Branch Block (Facet Joint)

**RR-000421**

Page: 422

DATE OF PROCEDURE: 04/15/2010

DIAGNOSIS:

Thoracic spondylosis without myelopathy

PROCEDURE:

Bilateral T5, T6, Tl Facet Joint Medial Branch Nerve Block

Fluoroscopic Needle Guidance

Supervision of Moderate Sedation (Start: 0924 End: 0926)

**RR-000422**

Page: 424

DATE: 04-05-2010
lnterventional Procedures
1. Bilateral T5, T6 and T7 Medial Branch Nerve (Facet Joint) Block x1
**RR-000424**
Page: 425
Date: 04/05/2610
CHIEF COMPLAINT:
Back pain, thoracic pain.
HISTORY OF PRESENT ILLNESS:
Ms. Peck spent a month in the hospital for severe depression. She had electroconvulsive
therapy. She has been discharged on her usual medications with an increase in her
extended-release Ultram to 200 mg q. day. Her medicines are providing her relief. ~ She
does have burning neuropathic pain in her thoracic area. She did et good temporary relief
with thoracic facet medial branch blocks. These were interrupted with the
hospitalization, and she would like to proceed and finish the series and consider RFTC.
CHRONIC PROBLEM LIST:
721.1 - Cervical spondylosis with myelopathy
721.2 - Thoracic Spondylosis without Myelopathy
729. 1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
**RR-000425**
Page: 426
MUSCULOSKELETAL: Thoracic spine exam
reveals point tenderness at the facet joints at TS-6 and T6-7 aggravated with extension.
Paravertebral spasm
extends down to the lower thoracic paraspinals.
DIAGNOSIS:
721.2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
IMPRESSION:
1. Multilevel thoracic spondylosis with facet arthropathy.
2. Cervical spondylosis.
3. Regional myofascial syndrome.
4. Major depression.
**RR-000426**
Page: 428
03/24/2010
Patient called to schedule an OV with Dr. Wills. Patient was last seen on 2/9/10
for a procedure. The patient had been scheduled for her final MBB Facet injection
in a series of 3 on 2/23, but it was canceled due to the patient being admitted
to the hospital for depression. The patient was discharged from the hospital
yesterday (3/23). She was given a months worth of medication . The patient thin ks
it's the same type of medication that we have been prescribing her, but she is
unsu r e. She said her memory has really become bad lately. I scheduled the pa tie nt
for an OV with Dr. Wills at the. south office on 4/5 at 2PM. I instructed t he

patient to bring an updated list of her meds and any pills for pain that she ha s
been prescribed.
**RR-000428**

Page: 429
DATE OF PROCEDURE: 02/09/2010
DIAGNOSIS:
Thoracic spondylosis without myelopathy
PROCEDURE:
Bilateral TS, T6, T7 Facet Joint Medial Branch Nerve Block,
Fluoroscopic Needle Guidance
Supervision of Moderate Sedation (Start: 1037 End: 1042 )
**RR-000429**
Page: 431
DATE: 02-09-2010
**RR-000431**
Page: 432
HISTORY OF PRESENT ILLNESS:
OFFICE VISIT
Ms. Peck returns to the clinic today for a routine office visit. Later this morning she will
complete her second
thoracic medial branch block injections. She had her first completed on January 21 and
had difficulty distinguishing if her pain level regressed. She states that she has been in
bed more secondary to abdominal pain. Earlier in the month she had an EGO completed
which revealed she has a large hiatal hernia. She states that she was started on new
medication and has a follow-up scheduled.
Date: 02/09/2010
CHIEF COMPLAINT:
Thoracic back pain.
**RR-000432**
Page: 433
DIAGNOSIS:
721.2 - Thoracic spondylosis without myelopathy
789.06 - Abdominal pain, epigastric ·
IMPRESSION:
1. Multilevel thoracic spondylosis and facet arthropathy most prominent at the T5-6 and
T6-7 levels.
2. Cervical spondylosis/ degenerative disc disease.
3. Regional myofascial pain syndrome.
**RR-000433**

Page: 439
DATE OF PROCEDURE: 01/21/2010
Chief Complaint/Present Illness: 721.1 - Cervical spondylosis with myelopathy
721.2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia

722.0 - Cervical Disc Displacement w/o myelopathy
RR-000439
Page: 441
DATE OF PROCEDURE: 01/21/2010
DIAGNOSIS:
Thoracic spondylosis without myelopathy .
PROCEDURE:
Bilateral TS, T6, T7 Facet Joint Medial Branch Nerve Block,
Fluoroscopic Needle Guidance
Supervision of Moderate Sedation (Start: 1020 End: 1021 )
**RR-000441**
Page: 444
01/11/2010
**RR-000444**
Page: 446
01/11/2010
RR-000446
Page: 448
01-11-2010
lnterventional Procedures
1. Bilateral TS, T6 and T7 Medial Branch Nerve (Facet Joint) Block x3
**RR-000448**
Page: 449
Date: 01/11/2010
CHIEF COMPLAINT:
Thoracic pain.
Her pain starts in the middle of her back between her shoulders blades and radiates around her chest wall. Her worst pain is in a thoracic axial pattern. She has a sense of "weakness" in hermid- and upper back.
CHRONIC PROBLEM LIST:
721. 1 - Cervical spondylosis with myelopathy
721.2 • Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
**RR-000449**
Page: 450
Thoracic spine exam reveals marked point tenderness over the facet column at multiple levels, essentially over the TS-6, T6-7, T?-8 joints aggravated to some degree with end range axial rotation and extension. Overlying paravertebral spasm is present that extends into the latissimus dorsi musculature and up into the rhomboid musculature. Cervical spine exam reveals tenderness in the mid- and lower segments with mildly restricted range of motion.
DIAGNOSIS:
721.1 - Cervical spondylosis with myelopathy
721.2 - Thoracic spondylosis without myelopathy
729.1 - MFPS/Fibromyalgia

IMPRESSION:

1. Multilevel thoracic spondylosis and facet arthropathy most prominent at the TS-6, T6-7 levels.
2. Multilevel cervical spondylosis and degenerative disc disease.

**RR-000450**

Page: 452
DATE: 12-14-2009
**RR-000452**
Page: 453
HISTORY OF PRESENT ILLNESS:
OFFICE VISIT
Ms. Peck returns to the clinic today after approximately a two-month absence. In that interim, she has had a thoracic MRI completed which indicated a new disc herniation at T7-8 as well as a disc protrusion that was present on prior studies at the TS-6 level. Transforaminal epidural steroid injections were recommended by Dr. Wills. However, the patient does not have transportation to the Austin area until February when her husband finishes his tour of duty in Iraq. He also recommended that she meet with a neurosurgeon. A referral has been placed with Dr. Loftus. We discussed options, and she will try to meet with Dr. Loftus before considering interventional injections. There was a discussion regarding possible breast reduction since they feel that perhaps her breast size is causing more pressure on her thoracic spine. She cannot recall the name of the plastic surgeon available for reduction surgery. TriCare has recommended that she meet with a neurosurgeon before a plastic surgeon.
Date: 12/ 14/2009
CHIEF COMPLAINT:
Thoracic back pain.
**RR-000453**
Page: 454
The patient is
experiencing tenderness at the T7-8 level at the midline as well as over to the paravertebral facet joint region.
The patient does experience slight discomfort with extension.
**RR-000454**
Page: 455
1. Chronic intractable pain which is multifactorial in nature.
2. Thoracic disc displacement/ spondylosis. The patient will be meeting with neurosurgeon Dr. Loftus to discuss her pathology before proceeding with interventional injections. Transforaminal epidural steroid injections have been recommended.
3. Myofascial pain syndrome/fibromyalgia.
**RR-000455**
Page: 463
DATE: 10-15-2009
Diagnostic Tests
Imaging Studies
MRI without contrast of the thoracic spine

**RR-000463**
Page: 464
Date: 10/15/2009
CHIEF COMPLAINT:
Thoracic back pain.
CHRONIC PROBLEM LIST:
721 .2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
**RR-000464**
Page: 465
DIAGNOSIS:
721.2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
**RR-000465**
Page: 469
DATE OF PROCEDURE: 10/13/2009
DIAGNOSIS:
MFPS/Fibromyalgia
PROCEDURE:
Trigger Point Injection, three or more muscle groups
**RR-000469**
Page: 473
DATE OF PROCEDURE: 09/28/2009
DIAGNOSIS:
MFPS/Fibromyalgia
PROCEDURE:
Trigger Point Injection, three or more muscle groups
**RR-000473**

DATE OF PROCEDURE: 09/28/2009
**RR-000475**
HISTORY:
Chief Complaint/Present Illness: 721.2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia ·
722.0 - Cervical Disc Displacement w/o myelopathy
DATE OF PROCEDURE: 09/28/2009
**RR-000477**

Plan Of Treatment
PLAN OF TREATMENT

DATE: 09-17-2009
**RR-000479**
Page: 480
HISTORY OF PRESENT ILLNESS:

OFFICE VISIT
Patient is here for follow up and medication refills. She had a thoracic medial branch RFTC at T5, T6, T7 and TB on 9/14. She states that the day after her procedure she started running a low grade temperature ranging from 99.0 to 100.4 daily. When we took her temperature in the office today it was back down to normal. She states that she does not feel sick and is not having any systemic problems or any pain at the procedure site. She states that she will just get very hot suddenly and will take her temperature and it will be elevated. She states that she had a siginificant reduction in her back pain following the procedure. Her second procedure is scheduled for 9/28. She has been taking the Ultracet up to twice per day, but states that she is taking it more for her knee pain than her back pain. She is needing a refill of the Ultracet today.
Date: 09/17/2009
CHIEF COMPLAINT:
Thoracic pain

CHRONIC PROBLEM LIST:
721.2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
**RR-000480**

DIAGNOSIS:
721 .2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
**RR-000481**

9/15/09 Returned call. Pt states she is running a fever of 100.1 but she thinks it may be higher if she weren't taking Ultracet. She has no other sx other than slight pain at injection site for which she is using ice. Advised pt to monitor her temp and call tomorrow morning if it increases. She will take OTC ibuprofen as needed this evening.
**RR-000483**

DATE OF PROCEDURE: 09/14/2009
DIAGNOSIS:
MFPS/Fibromyalgia
PROCEDURE:
Trigger Point Injection, three or more muscle groups
**RR-000484**

DATE OF PROCEDURE: 09/14/2009
HISTORY:
Chief Complaint/Present Illness: 721 .2 -·Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
**RR-000488**
PROCEDURE PERFORMED:

Radiofrequency Thermocoagulation Neurotomy, Left TS Facet Joint Medial Branch
Nerve Radiofrequency
Thermocoagulation Neurotomy, Left T6, T7, TB Facet Joint Medial Branch Nerve
Fluoroscopic Needle Guidance
Supervision of Moderate Sedation (Start: 1153 End: 1201 )
DATE OF PROCEDURE: 09/14/2009
DIAGNOSIS:
Thoracic spondylosis without myelopathy
Mf ps/fibromyalg ia
**RR-000490**

09/04/2009
S/w pt who is scheduled for RFTC on 9/14 and OVon 9/15. She is worried she will not be
able to come in on 9/15 because she will be recovering. Pt
**RR-000492**

Date: 08/17/2009
CHIEF COMPLAINT:
Neck pain, chest pain, back pain.
HISTORY OF PRESENT ILLNESS:
Ms. Peck is having a return of pain in her thoracic spine, left greater than right, radiating
along her left ribcage. She occasionally has stabbing pain that she feels underneath her
left breast. She also has neck pain in an axial pattern as well as intermittent low back pain
CHRONIC PROBLEM LIST:
721 .2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
**RR-000494**

Thoracic spine exam
reveals tenderness over the facet joints at the T5-6, T6-7, T7-8 levels as well as in the
lower cervical spineaggravated with extension and lateral bending. Trigger points are
present throughout the lower cervical and mid- and lower thoracic and upper lumbar
paraspinal musculature. There is also some tenderness along the left costal margin
DIAGNOSIS:
721.2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
IMPRESSION:
1. Multilevel thoracic spondylosis and degenerative disc disease, previously responsive
to thoracic facet injections and radiofrequency ablation.
2. Multilevel cervical spondylosis and degenerative disc disease.
3. Lumbar degenerative disc disease.
**RR-000497**

DATE: 08-17-2009

lnterventional Procedures
1. Bilateral T6, T7, TB and T9 Thermal Radiofrequency Neural Ablation
2. Procedure literature was given to patient.
**RR-000503**
01 /29/2009
Trigger Point Injection
**RR-000504**
01/29/2009
**RR-000506**
01/29/2009
**RR-000508**
DATE: 01-29-2009
lnterventional Procedures
1. Left TS, T6, T7 and TB Thermal Radiofrequency Neural Ablation
2. Trigger Point Injections Bilateral Thoracic Spine Region, Latissimus Dorsi and Rhomboids
3. Procedure literature was given to patient
**RR-000510**

Date: 01 /29/2009
CHIEF COMPLAINT:
Thoracic back pain.
CHRONIC PROBLEM LIST:
721.2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722.0 • Cervical Disc Displacement w/o myelopathy
**RR-000511**

She has tenderness in the T3 to approximately T8 level at the midline as well as over her facet areas. She has positive tenderness down her latissimus dorsi of her thoracic spine and her suprascapular rhomboid area
DIAGNOSIS:
721.2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
**RR-000512**

PLAN OF TREATMENT
Date: 07/31/2008
**RR-000515**

Date: 07/31/2008
CHIEF COMPLAINT:
Thoracic back pain.
CHRONIC PROBLEM LIST:
721 .2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia

722.0 - CeNical Disc Displacement w/o myelopathy
**RR-000516**

DIAGNOSIS:
721 .2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
**RR-000517**

PLAN OF TREATMENT
DATE: 05-02-2008
**RR-000519**
Date: 05/02/2008
CHIEF COMPLAINT:
Thoracic back pain.
**RR-000520**

Tenderness in the T5-T10 level at the midline; not over the facet areas; it is not aggravated with lumbar extension, actually provides some relief,
DIAGNOSIS:
721.2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
**RR-000521**

PLAN OF TREATMENT
DATE: 01-28-2008
**RR-000524**

DATE OF PROCEDURE: 01/14/2008
DIAGNOSIS:
721.2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
PROCEDURE:
Trigger Point Injection, three or more muscle groups
Supervision of Moderate Sedation (Start: 0923 End: 0933)
**RR-000525**
DATE OF PROCEDURE: 01/14/2008
Chief Complaint/Present Illness: 721.2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
**RR-000529**
PLANNED PROCEDURE/OPERATIVE PERMIT:
Left TS, T6, T7 and T8 Thermal Radiofrequency Neural Ablation
Bilateral Thoracic Paraspinals Trigger Point Injections #2/2
DATE OF PROCEDURE: 01/14/2008
DIAGNOSIS:
721 .2 - Thoracic spondylosis without myelopathy

729.1 - Mfps/fibromyalgia
PROCEDURE PERFORMED:
Radiofrequency Thermocoagulation Neurotomy, Left TS Facet Joint Medial Branch Nerve
Radiofrequency Thermocoagulation Neurotomy, Left T6, T7, TB Facet Joint Medial Branch Nerve
Fluoroscopic Needle Guidance
Supervision of Moderate Sedation (Start: 0923 End: 0933)
**RR-000531**

DATE OF PROCEDURE: 12/31/2007
DIAGNOSIS:
721.2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
PROCEDURE:
Trigger Point Injection, three or more muscle groups
Supervision of Moderate Sedation (Start: 0857 End: 0907
**RR-000533**
DATE OF PROCEDURE: 12/31/2007
DATE OF PROCEDURE: 12/31/2007
HISTORY:
Chief Complaint/Present Illness: 721 .2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
**RR-000537**
DIAGNOSIS:
721.2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
PROCEDURE PERFORMED:
Radiofrequency Thermocoagulation Neurotomy, Right T5 Facet Joint Medial Branch Nerve
Radiofrequency Thermocoagulation Neurotomy, Right T6, T7, T8 Facet Joint Medial Branch Nerve
Fluoroscopic Needle Guidance
Supervision of Moderate Sedation (Start: 0857 End: 0907 )
DATE OF PROCEDURE: 12/31/2007
**RR-000539**

DATE: 11/29/2007
Radio Frequency Thermocoagulation
**RR-000541**
DATE: 11-29-2007
Medications
Continue:
LIDODERM PATCH - 1 patch 18 hours on, 6 hours off
lnterventional Procedures

1. Right TS, T6, T7 and T8 Thermal Radiofrequency Neural Ablation, then Left side
**RR-000545**

DATE OF PROCEDURE: 10/23/2007
DIAGNOSIS:
721 .2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
PROCEDURE:
Trigger Point Injection, three or more muscle groups
Supervision of Moderate Sedation (Start: 1049 End: 1052
**RR-000549**

DATE OF PROCEDURE: 10/23/2007
**RR-000551**
DATE OF PROCEDURE: 10/23/2007
Chief Complaint/Present Illness: 721.2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
**RR-000553**
DATE OF PROCEDURE: 10/23/2007
DIAGNOSIS:
721 .2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
PROCEDURE:
Bilateral T6, T7, TB, T9 Facet Joint Medial Branch Nerve Block,
Fluoroscopic Needle Guidance
Supervision of Moderate Sedation (Start: 1049 End: 1052)
**RR-000555**

DATE OF PROCEDURE: 10/09/2007
DIAGNOSIS:
721.2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
721.0 - Cervical spondylosis without myelopathy
PROCEDURE:
Trigger Point Injection, three or more muscle groups
Supervision of Moderate Sedation (Start: 1027 End: 1035
**RR-000557**
HISTORY:
Chief Complaint/Present Illness: 721.2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
DATE OF PROCEDURE: 10/09/2007
**RR-000561**
DATE OF PROCEDURE: 10/09/2007
DIAGNOSIS:

721 .2 - Thoracic spondylosis without myelopathy
729. 1 - Mfps/fibromyalgia
721 .0 - Cervical spondylosis without myelopathy
PROCEDURE:
Bilateral T6, T7, TB, T9 Facet Joint Medial Branch Nerve Block,
Fluoroscopic Needle Guidance
Supervision of Moderate Sedation (Start: 1027 End: 1035 )
**RR-000563**

PLAN OF TREATMENT
DATE: 10-04-2007
Start/Change:
LIDODERM PATCH - 2 patch 17 hours on, 7 hours off
L YRICA 75mg - 1 tab twice a day
RR-000566
Page: 567
Date: 10/04/2007
CHIEF COMPLAINT:
Thoracic back pain, total body pain.
She has been having increased pain to her midthoracic
spine area. She has completed her first thoracic medial branch block injection at the T6-7, T7-8 , TB-9 levels and has noticed a reduction of her pain for a number of days. She also finds that the Lidoderm patch has been effective in helping to reduce her pain. She has never started the Lyrica. She was having problems with elevated blood pressure and feared that this may aggravate her blood pressure. Sleep has been
problematic, and she was placed on Seroquel at h.s. and states that she feels it had side effects and since then has discontinue it. She feels somewhat fatigued and would like to await a number of days before she starts introducing the Lyrica into her regimen.
CHRONIC PROBLEM LIST:
721 .2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
**RR-000567**

DIAGNOSIS:
721 .2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
**RR-000568**
Page: 570
DATE OF PROCEDURE: 09/25/2007
DIAGNOSIS:
7212 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
721.0 - Cervical spondylosis without myelopathy
728.85 - Spasm of muscle
PROCEDURE:

Trigger Point Injection, three or more muscle groups
Supervision of Moderate Sedation
**RR-000570**
DATE OF PROCEDURE: 09/25/2007
Chief Complaint/Present Illness: 721.2 - Thoracic Spondylosis without Myelopathy
729.1 - MFPS/Fibromyalgia
722 .0 - Cervical Disc Displacement w/o myelopathy
**RR-000574**
PLANNED PROCEDURE/OPERATIVE PERMIT:
Bilateral T6, T7, T8 and T9 Medial Branch Block (Facet Joint) #1
Bilateral Trapezius and Thoracic Paraspinals Trigger Point Injections #1
**RR-000575**
DATE OF PROCEDURE: 09/25/2007
DIAGNOSIS:
721.2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
PROCEDURE:
Bilateral T6, T7, TB, T9 Facet Joint Medial Branch Nerve Block,
Fluoroscopic Needle Guidance
Supervision of Moderate Sedation
**RR-000576**

09/05/2007
Trigger Point Injection
The cause of your muscle pain or spasms may be one or more trigger points. Your doctor may decide to inject the painful spots to relax the muscle. This can help relieve your pain. Relaxing the muscle can also make movement easier. You may then be able to exercise to strengthen the muscle and help it heal.
**RR-000578**
DATE: 09/05/2007
Facet Joint Injection
Back or neck pain may be caused by a problem with your facet joints. If so, a facet joint injection may help. With this treatment, medication is injected into certain facet joints. The injection can help your doctor find problem joints. It may also relieve your pain.
**RR-000580**
DATE: 09-05-2007
Medications
Start/Change:
L YRICA 75MG -- 1 pill twice daily
LIDODERM PATCH 5% -- Apply 1 patch to affected area, 18hrs on 6hrs off, may repeat as needed
Procedures
1. Bilateral T6, T7, T8 and T9 Medial Branch Nerve (Facet Joint) Block
2. Trigger Point Injection Bilateral trapezius and thoracic paraspinals
**RR-000582**

HISTORY OF PRESENT ILLNESS:
Ms. Peck has a 13-year history of chronic pain syndrome. The pain is centered in her mid-thoracic spine area .She demonstrates an area just below her bra strap where she feels severe pain that radiates along her ribcage and also up and down her spine. She also has a headache, arm pain and tingling, foot pain and tingling, and occasional stabbing pains. She relates a history that 13 years ago she had what sounds like a possible migrainous stroke or TIA where she developed right-sided weakness in her extremities and required extensive neurologic workup. She was in the military at that time and stationed overseas. Since that time, she has had cyclical recurrence of these neurologic symptoms about every six months. She continues to have an extensive workup including infectious disease, neurology, and rheumatology without a clear diagnosis yet determined. She has now developed to the point where she has essentially daily chronic pain as described above. She is very sensitive to medications and presently is not taking a specific analgesic agent. She was
prescribed Lyrica last year and was just started on Effexor. Effexor has been helping some with her depression and pain levels. She has not had any interventional therapy. She had an MRI scan of her brain last year done in San Antonio. She is not clear is she had an MRI scan of her spine. She has not had any recent physical therapy. She denies any progressive neurologic symptoms or bowel or bladder sphincter dysfunction.
Date: 09/05/2007
CHIEF COMPLAINT:
Back pain, total body pain.
**RR-000584**

MUSCULOSKELETAL: Thoracic spine exam reveals point tenderness over the facet joints in the mid segments essentially from T6-7 through T8-9 aggravated with thoracolumbar extension.Paravertebral spasm is present to a marked degree in this area that extends up towards the cervical region. Cervical spine exam reveals decreased range of motion in axial rotation with negative Spurling's maneuver.Trigger points are present in the trapezius, rhomboid and cervical paraspinal musculature as well as the occipital musculature.
DIAGNOSIS:
721 .2 - Thoracic spondylosis without myelopathy
729.1 - Mfps/fibromyalgia
722.0 - Cervical Disc Displacement w/o myelopathy
PLAN/DISCUSSION:
1. In terms of the clinical appearance of thoracic facet syndrome, I would recommend diagnostic and potentially therapeutic facet injections at the T6-7, T7-8, TB-9 levels utilizing a medial branch technique. Depending on the degree and duration of relief she may be a candidate for radiofrequency ablation of the involved medial branch nerves. I would also recommend trigger point injections to the above-identified myofascial trigger point regions at the time of her facet blocks.
2. I would also recommend physical therapy for cervical and thoracic spine strengthening and stabilization
and development of a home exercise program.
3. In terms of her diagnostics, as discussed above, we will go ahead with MRI scan

imaging of the cervical and thoracic spine. This might change our injection target.
4. In terms of medications, I would recommend reinitiating a trial of Lyrica 75 mg b.i.d. along with a trial of
Lidoderm patch which she can apply to various areas of pain on a daily basis.
5. Return visit in one month or after her third injection, whichever comes first.

**RR-000586**

# EXHIBIT C

## Summary of Comments on 14-440-CV 092214 Petitioner's Exhibit No. 17, 20, 21, 22 (981-1075)

### Exhibit No. 17

(Exhibit No. 17 includes Psychological Evaluations/visits from Jason Booth M.A., L.P.A)

Jason Booth Licensed Psychological Associate
Dates: 7/01/10- 3/24/11
-Help Managing Pain and interpersonal relationships with family
## RR000989- RR001005

### Exhibit No. 20

( Exhibit No. 20 includes visits from Medical Clinic of North Texas P.A. Denton Rheumatology & Endo)
09/14/2011
This is a 46 Years old Caucasian Female presenting for a(n) NP Evaluation visit.
History of Presenting Illness
Complaint: Generic
Additional Comments
Patient lives 3 112 hrs away. Here to RIO Ehlers Danlohs Syndrome
Past Medical History
Previous Illnesses I Conditions:
I. Fibromyalgia-729 .1
4. Osteopenia-733.90
Assessment I Chronic Condition Status
HYPERMOBILfiY SYNDROME (728.5)
OA, GENERALIZED, MULTIPLE SITES (715.09)
FATIGUE/MALAISE (780.79)
## RR 001012
Page: 34
Encounter Date: 10/12/20113:
History of Presenting Illness
Complaint # 1: Generic
Additional Comments
Patient comes today for follow up visit to discussed Test Results. All x-rays are normal. She still hurting all over. The pain is worse in the morning. She is having difficulty writting.

**RR 001014**
10/12/2011
Past Medical History
Previous Illnesses I Conditions:
1. Fibromyalgia-729.1
2. Tachycardia, NOS 785.0
3. FX Toe(s) of 1-foot-826.0
4. Osteopenia-733.90
5. Hypotension
6. Cystocele
7. Nervous Breakdown
8. FX Ankle Closed-824.8
9. Rectocele
10. cong. Hip Dysplasia
11. Gastritis-535.50
13. Incontinence of feces-787
14. Hiatal Hernia
Hospitalizations:
1. several surgeries
Surgical History
I. Tonsillectomy
2. Lt foot Neuroma in 2003
3. Interstim implant (bowel&bladder) in 2011
4. Adenoidectomy
5. Cholecystectomy in 2003
6. Neurostimulator Inplant Thorax in 2011
7. Fissure Repair, anal 2003
11. Fistula, anal 2008
**RR 001015**
10/12/2011
Assessment I Chronic Condition Status
HYPERMOBILITY SYNDROME (728.5)
FffiROMY ALGIA, MYALGIA (729.1)
Mrs Peck has evidence ofhypermobitlity and chronic pain syndrome.
Plan
Continue current medications and therapy
E&MCoding
99213 - Level 3 Exam, Established Patient
**RR 001016**
01/31/2012

History of Presenting lllness
Complaint # 1: Generic
Additional Comments
Patient comes today for follow up visit for the management of hypennobility syndrome and chronic pain syndrome. She has tried lyrica and cymbalta and both not well tolerated. I gave her a trial of Savella and it made her nauseated. It was discontinued. Patient is not doing well. She has severe fatigue, weakness generalized, pain in thoracic spine, also in bilat hip going down lateral thighs. Hands still in pain, more in right hand than left. Patient is spending majority of her time in bed. Exhausted when running errands. She is stiff in the mornings for about 1-2 hours. She is very anxious her husband wants to divorce her, more stress.

**RR 001017**
01/31/2012
Musculoskeletal:
Comments:
-Passive apposition of thumb to forearm bilateral
- Passive hyperextension of fingers
-Active hyperextension of elbow> 10 degree
18/18 tender points
. tender mcp's

**RR 001018**
Assessment I Chronic Condition Status
FffiROMY ALGIA, MYALGIA (729.1)
HYPERMOBILITY SYNDROME (728.5)
FATIGUE/MALAISE (780.79)
OA, GENERALIZED, MULTIPLE SITES 715.09
01131/2012
1. Fibromyalgia: Mrs Peck meets criteria for Fibromyalgia, widespread pain, > 11 tender points, fatigue and poor night sleep. She has tried lyrica and cymbalta with no success. She was advised to start a yoga and/or pilates. A trial of savella was given could not tolerated either. I will choose a nonpharmacological approach.
2. Hypermobility syndrome: meets criteria for hypermobility, however, I can't make the diagnosis of Ehlers Danlos with the clinical evidence I have. If she still wants to pursue the diagnosis she will need to be refer to a geneticist for further testing. Hypermobility Syndrome can cause OA over time and physical therapy for strengthening exercises is the goal of therapy.
3.Fatigue: Multifactorial. Fibromyalgia anxiety and depression is also

causing some of her fatigue. Poor night sleep.

4. OA: I think some of her joint pain could be related to some early OA. X-rays are all normal.

01131/2012

**RR 001019**

Study Date: 10/11/11

Indication: Palpitations (786.1 ), Hypertension (401 .1), Mitral Valve Disorder (424.0)

IMPRESSIONS:

1. No evidence of mitral valve prolapse.

2.. OVerall LV systolic function Is normal. LV EJection fraction Is 68 %.

3. Estimated pulmonary artery systolic preasures ere normal.

4. Trece tricuspid valve regurgitation .

**RR 001020**

26 Apr 2011

BONE DENSITOMETRY, HIP AND SPINE: 4/26/2011

CLINICAL HISTORY: Premenopausal. Family history of osteoporosis ..

Taking seizure medication

INTERPRETATION:

The FRAX algorittuns give the 10 year probability of fracture. The output is a 10 year probability of hip fracture and the 10 year probability of a major osteoporotic fracture (clinical spine, forearm, hip, or shoulder fracture).

IMPRESSION:

. %. The 10 year probability of hip fracture is 0.8%.

**RR 001021**

09/14/2011

CLINICAL HISTORY: Pain, arthritis.

1 FINDINGS: The joints are well maintained. There is no evidence of a fracture or dislocation. he bone density appears normal.

There is no evidence of an effusion or periostitis/bony destructive lesion.

IMPRESSION: Negative left knee.

**RR 001022**

9/1412011

CLINICAL HISTORY: Pain, arthritis.

09/1412011

CLINICAL HISTORY: Pain, arthritis.

TECHNIQUE: Three views of the right wrist.

FINDINGS: The joints are well maintained. There is no evidence of a fracture or dislocation. e bone density appears nonnal.

There is no evidence of an effusion or periostitis/bony destructive lesion.

IMPRESSION: Negative right wrist.

**RR 001024**

Page: 45

09/14/2011

CLINICAL HISTORY: Pain, arthritis.

TECHNIQUE: Three views of the right hand.

FINDINGS: The joints are well maintained. There is no evidence of a fracture or dislocation. her bone density appears normal.

There is no evidence of an effusion or periostitis/bony destructive lesion.

IMPRESSION: Negative right hand.

**RR 001025**

Page: 46

09/14/2011

CLINICAL HISTORY: Pain, arthritis

TECHNIQUE: Three views of the left wrist.

FINDINGS: The joints are well maintained. There is no evidence of a fracture or dislocation. e bone density appears normal.

There is no evidence of an effusion or periostitis/bony destructive lesion.

IMPRESSION: Negative left wrist.

**RR 001026**

DATE OF EX M: 09/14/'2011

CLINICAL IDSTORY: Pain, arthritis.

IMPRESSION: Negative left hand.

**RR 001027**

Page: 48

CLINICAL HISTORY: Pain, arthritis.

TECHNIQUE: Three views ofthe left wrist.

DATEOFEX M:

DOB:

MRN#:

09/14/2011

09124/1964

175646

IMPRESSION: Negative left wrist.

09/14/2011

**RR 001028**

Page: 49

09/14/2011

CLINICAL HISTORY: Pain, arthritis.

TECHNIQUE: Three views of the left hand.

FINDINGS: The joints are well maintained. There Is no evidence of a fracture or dislocation. e bone density appears nonnal.
There is no evidence of an effusion or periostitis/bony destructive lesion.
IMPRESSION: Negative left hand.

**RR 001029**

Test Date: 8/27/08

Presenting Problem

Nancy Peck is a 43~year~old female who is referred for neuropsychological evaluation. She has provided details of her medical history in the form of an outline that she prepared, and sothat detailed information will not be repeated here. Ms. Peck reports that she recently had a psychological evaluation performed by her counselor, which revealed a "significant verbal memory deficit", which "explains a lot of what has been going on over the last 12 years". For a period of time in the past, Ms. Peck lived in the Middle East until about 13 years ago. Towards the end of her stay there she had an episode in which she developed a right side paresthesia accompanied by a bad headache that lasted approximately a week. Prior to that event, she had had no history of neurological problems, but had had some anxiety and PMS. Ever since that event, she has been unable towork, unable to enjoy life, and has been depressed. She reports that she developed "optical migraines" about three years following the event. In describing the details of the event, Ms. Peck states that the right side of her head, her right extremities-- basically the whole right side of her body-- had reduced tactile perception and felt tingly or prickly. Her right eyelid was droopy and she generally felt weak on her right side. This improved over the course of the next few days but she continued to feel very fatigued. She observed no effect on her speech and language functioning, and no one else noticed anything out of the ordinary. Regarding educational history, Ms. Peck is a high school graduate from New York, with high school grades that were generally B's. Throughout school she never repeated a grade, and was never in any kind of special education, speech and language or occupational therapy, and had no behavior problems. After high school, Ms. Peck attended a community college in New York, completing a two year RN program, and then obtained a bachelor's degree from the State University ofNew York in psychology/premed, with a 4.0 GPA during her last two years. Later, she obtained a master's degree in health services management from Webster University. Ms. Peck is currently not employed. Her last regular full-time employment was with Blue Cross Blue Shield as a utilization management nurse, in the late 1990s for several years. Before that, she had worked in the Middle East teaching English as a

second language. Regarding medical history, Ms. Peck is the product of a normal pregnancy and delivery. She had congenital hip dysplasia. She has been hospitalized for a tonsillectomy, gallbladder removal, colon/rectal surgery, and for the birth of her son who is now 16 years of age. She reports that she was once briefly knocked out when she struck her head while at work, but

**RR 001033**

there were no sequelae from this injury. She denies any problems with alcohol or drug use. Regarding sleep history, she reports that for a long time she had problems falling asleep, and these difficulties increased following her event. She describes herself as being a light sleeper who hears everything that goes on around her while she's asleep. She sleeps all the way through the night when she uses Lunesta. She has had three sleep studies done, and apparently they have all showed multiple arousals and the most recent one also indicates restless leg syndrome. She is taking Mirapex and also Provigil. Regarding psychological and psychiatric treatment, Ms. Peck's first professional mental health contact occurred in 1995 in the context of some marital counseling. Since then, she has seen a psychiatrist for treatment of anxiety and depression resulting from all of her health problems. Her family history is positive for hyperactivity, anxiety, and possibly bipolar disorder.

Behavioral Observations:

Ms. Peck presents with good grooming and hygiene. Her attire was casual and appropriate. She was cooperative and compliant with the examiner. Her mood was neutral to positive and upbeat, and her affect was normal for range and congruence. Attention and concentration were average to below average. Motivation and persistence were normal. Expressive and receptive language appeared normal. Stream of thought was normal for pace, content, and structure. Motor skills appeared dexterous and coordinated. She displayed a normal !evel of baseline motor activity during the testing.

Test Results:

(Index and standard scores have a mean of I 00 and a standard deviation of I5. Scaled

scores have a mean of I 0 and a standard deviation of 3.)

Ms. Peck was administered the Reynolds Intellectual Assessment Scales, with the following

results:

 Subject: Highlight Date: 11/29/14, 4:02:05 PM

Verbal Intelligence 107 68

Nonverbal Intelligence 111 77

Composite Intelligence (IQ) 109 73
Composite Memory 98 45
These scores place Ms. Peck at the top of the Average range of intellectual functioning, at the 73rd percentile relative to age peers. The Composite Memory Index, which is a screening measure based on immediate auditory story recall and immediate visual object recognition,
falls near the middle of the average range, at the 45th percentile, with no significant difference in performance on the verbal versus the nonverbal subtests. To examine achievement levels, Ms. Peck was administered selected subtests from the woodcock Johnson-Third Edition achievement battery which were scored relative to age peers using the normative update, with the following results: ·
2

**RR 001034**

AREA
Letter-Word Identification
Reading Fluency
Calculation
Math Fluency
Spelling
Reading Comprehension
STD SCORE
92
92
100
83
98
92
William A. Dailey, Ph.D.
PERCENTILE
30
29
50
13
45
31
GRADEEQUIV
8.9
8.8

11.0
6.6
13.0
7.9

The math calculation score is at the expected level although the fluency score is significantly lower, indicating inefficient application of formal arithmetic skills. The verbal scores, generally speaking, are lower than expected relative to this patient's educational history and intellectual level. To examine memory function, Ms. Peck was administered the Neuropsychological Assessment Battery, memory module, which was then scored relative to other individuals of her same age, sex, and educational level. This produced a Memory Index Standard Score of 68, which falls at the 2nd percentile, and is moderately impaired. On the auditory verbal list learning test, the rate of acquisition is impaired, and there is slightly greater than expected forgetting across the delay intervals, and the delayed forced choice recognition score remains impaired. On an auditory verbal story learning test, the acquisition of specific phrase content is average and the acquisition ofthematic content is high average. Retention of thematic content is normal, but there is slightly greater than expected forgetting of specific phrase content. On a visual shape learning test, the rate of acquisition is slower than average but her terminal acquisition level is at the 50th percentile. Performance on the delayed recognition trial is average, and performance on the forced choice delayed recognition trial is high average. On a test of acquisition and retention of information from daily living activities, Ms. Peck's immediate recall score is mildly impaired and her delayed recall score is severely impaired, but she demonstrates average performance on the delayed recognition trial. In general, these results on the memory testing demonstrate problems with acquisition and retrieval, and only minimal retention difficulties. To further examine memory performance, Ms. Peck was administered the Logical Memory subtest from the Wechsler Memory Scale-Third Edition. On this story memory test, her overall immediate recall score is low average for specific content, and her thematic recall score is low. These findings represent some variance from those reported above. Ms. Peck was also administered the California Verbal Learning Test-Second Edition, which is a verbal list learning test with acquisition across repeated trials followed by short and long delay free and cued recall trials. She shows very inefficient acquisition of the list, with an overall acquisition score that is 2.2 standard deviations below the mean. Her short and long delay free and cued recall scores indicate no forgetting across the delay intervals, and no

benefit from recall cueing, with a long delay free recall score that is 2.5 standard deviations below the mean. The serial position curve indicates a significant recency effect. On the delayed yes/no recognition trial, Ms. Peck's score was five standard deviations below the mean, but on a forced choice recognition test she demonstrated perfect recognition accuracy.

**RR 001035**

To examine visual memory, Ms. Peck was administered the Rey Complex Figure Test and

Recognition Trial, which uses a complex geometric figure as the stimulus. Her immediate and delayed recall scores are at the 62nd and 54th percentiles, respectively. On the delayed multiple choice recognition trial, her score is at the 50th percentile. Various measures of executive function were administered as follows. On the Trail Making Test, which provides measures of visual scanning speed, sequencing ability, and response set flexibility, Ms. Peck's scores were normal. On the Wisconsin Card Sorting Test, which provides a measure of visual abstraction and problem solving using a trial and error learning procedure, relative to age and education peers, Ms. Peck's scores are all average. She completed six out of six categories, requiring only 12 trials to complete the first category, and with only one failure to maintain response set. Various tests were administered from the Delis-Kaplan Executive Function System, as follows. On the Verbal Fluency Test, Ms. Peck displays low productivity on the letter fluency and category fluency trials, but high average productivity and accuracy on the category switching trial. On the Design Fluency Test, Ms. Peck displays low average to average productivity across the three trials, with average performance on the switching trial, and average design accuracy. On the 20 Questions Test, Ms. Peck's overall score is high average. On the Tower Test, which provides a measure of visuospatial planning and problem solving, Ms. Peck's overall score is upper average, with normal performance efficiency and normal move accuracy. On the Proverbs Test, Ms. Peck's overall score is average, with a normal abstraction level. To examine language function, Ms. Peck was administered the Aphasia Screening Exam, on which she demonstrates intact naming, spelling, reading, writing, repetition, articulation, comprehension, and computational ability. Her drawing productions are all normal, with no dyspraxic features. Results on the motor exam are as follows. Ms. Peck is right hand, right eye, and right foot dominant. She shows normal right-left orientation. Motor speed is mildly impaired and appropriately lateralized. Motor strength is in the borderline range and appropriately lateralized. Performance on the Grooved Pegboard Test, which provides a measure of

speeded fine motor dexterity and coordination, is high average, and bilaterally equal. Alternating movements were performed well. Luria was performed well. On the Sensory Perceptual Exam, Ms. Peck displays perfect responding in the tactile, auditory, and visual modalities. Performance on the finger agnosia and dysgraphesthesia exams is perfect. Visual fields appear full to simple confrontation stimulation. To examine attention and concentration, Ms. Peck was administered the Ruff2 and 7 Selective Attention Test, which provides a measure of selective attention and processing speed using a visual cancellation procedure under low and high distraction conditions. Under the low distraction condition, her speed score is at the 8th percentile and her accuracy is at the 19th percentile. Under the more challenging high distraction condition, her speed

**RR 001036**

increases to the 12th percentile and her accuracy improves to the 70th percentile. This increase in accuracy is, statistically, a highly significant change.To examine level oftask engagement, Ms. Peck was administered the Medical Symptom Validity Test, which resulted in passing scores on all of the effort trials. Ms. Peck completed the Beck Depression Inventory-Second Edition, obtaining a total score that falls in the severely depressed range. Ms. Peck completed the Personality Assessment Inventory, producing a valid profile. Individuals with this type of profile are reporting an unusually high number of physical symptoms and health concerns. Ms. Peck is reporting a relatively high level of depressive symptomatology, accompanied by a high level of anxiety and tension. The profile suggests an unusually harsh negative self evaluation, and suggests that typically, she tends to be veryself-critical, pessimistic, and self-blaming.

Impression: This is an abnormal set of neuropsychological test results because of very impaired performance across most of the memory testing, primarily reflecting inefficient acquisition and retrieval, but with sometimes perfect recovery of information on recognition testing, and also with completely normal performance on a complex visual memory test. On a number of tests include including fluency and selective attention measures, Ms. Peck's performances are significantly better on the more difficult trials. The depression inventory score falls in the severely depressed range, and the personality inventory profile indicates high levels of depression, along with anxiety and numerous somatic complaints and concerns, and a pattern that suggests significant somatization tendencies. Diagnostically, the results are consistent with considerable psychological distress and dysfunction, sleep dysfunction, and reduced cognitive functioning, as a result of these factors. The test results are not

diagnostic for any type of specific neurological condition including age-related dementia, such as Alzheimer's disease. From a treatment standpoint, continued psychiatric monitoring would be appropriate. Further efforts may be necessary to address this patient's sleep problems to achieve adequate restorative sleep. Individual psychotherapy is strongly recommended, exploring the possibility that there is a substantial psychological contribution to her numerous health problems and concerns about her cognitive decline. These results have been reviewed in detail with Ms. Peck.

WAD:ds

**RR 001037**

## PETITIONER'S EXHIBIT NO. 22

Robert K. Burlingame, M.D.P.C.

General Psychiatry Progress Notes

**12/14/01-4/19/02**

**RR 001044**

**12/14/01**

**RR001050**

<u>4/30/2001</u> She has not been doing well, Serzone has been making her drowsy, lethargic. Severe Migraine after visual auras, flashes, as migraine clears she develops the fatigue and overall pain, mostly extremities, is virtually non functional for weeks.

**001057**

4/12/01-Depression and Anxiety.

**001058**

3/23/01

depression, anxiety, lethargy

**001059**

**3/1/01**

depression,

001060

2/15/01

anxiety, depression

001061

1/25/01

ANDREW V. CHARLES M.D.

·~ Patient Initial Evaluation-

migranes

001066

**1/25/01**

Nancy Peck self reported signs and symptoms

**Parerethisis RT side head to toes

**Migraines

*Rt eye pain

**Weakness

**Aches and pains joints and muscles. Especially hand and arm, shoulders feet, legs, hips, back)

**Back pain {Trapezoids, cervical, mid thoracic, and lower lumber.)

**Foot Pain

**Memory changes

**Speech changes - trouble finding a word or saying wrong word

Chest pain occasionally left lower

**Teeth sensitivity, teeth and jaw pains

**Scalp sensitivity

Weight gain

**Depression

**Anxiety

**Clumsiness (sometimes tipping to the right side, bumping into things, tripping over right foot, and dropping things)

**Fatigue after minimal exertion

Increased facial hair

001073

**Increased sleeping. Current medications cause insomnia occasionally.

Anal fissure which doesn't seem to heal

Hemorrhoids

* Stress Urinary incontinence intermittently- not currently

*Visual Changes- not currently

* Heavy eyelids?

* * Upper right neck pain, stiffuess, and increased pressure.

** Increased breathing and heart rate after minimal exertion

**Frequent day dreaming ("zoning out")

 Subject: Highlight Date: 11/29/14, 4:27:02 PM

Updated 2/02

Occur during an episode

Worsen during an episode

**RR 001074**

# EXHIBIT D

# PETITIONER'S EXHIBIT NO. 23

Summary of diagnoses and pronoses: 14-440-CV 092214 Petitioner's
UNIVERSITY MEDICAL CENTER
SCOTT &WHITE
6/9/08
Fatigue, chronic pain
001082
01 /20 /09
The patient presents to the emergency department with nausea, vomiting, diarrhea. jh
12:37 Onset: The symptoms/episode began/occurred 3 day(s) ago. Possible causes: bad food
exposure, sick contacts. Associated signs and symptoms: Pertinent negatives: fever, GI
bleeding. Severity of symptoms: At their worst the symptoms were mild. patient
concerned she is dehydrated, instructed by pep to come for iv hydration.
12:37 This 44 years old White Female presents to ER via Walk-In with complaints ofDiarrhea.jh: Highlight Date: 11/26/14, 1:13:44 AM
**Bates Number:001086**
Impression: Vomiting - Diarrhea, Dehydration. Patient discharged to Home/Self-Care in Stable condition with instructions on Gastroenteritis Vomiting
Diarrhea Dehydration,. Follow up: Prvt MD for follow up. Patient left the ED at
01/20/2009 12:13
**Bates Number:001088**
10:57 Presenting complaint: Patient states: feels "worn out". had n/v/d x 3 days-denies any lo
n/v now. Had loose stool x I today. Thinks had food poisoning and feels like she is
dehydrated now. Also c/o upper back pain x 3 days (frequent problem of pt). Acuity:
Semi-Urgent. Method of arrival: drove self. Care prior to arrival: None
  Subject: Highlight Date: 11/26/14, 1:17:38 AM
11 :04 General: Appears in no apparent distress, uncomfortable, Behavior is cooperative, lo
appropriate for age. Pain: Complains of pain in posterior chest Pain currently

is 6 out

of 10 on a pain scale. Quality of pain is described as aching

Subject: Highlight Date: 11/26/14, 1:17:11 AM

Bates Number:001089

Page: 20

07/16/2010

This is a 45-year-old white female, with multiple psychiatric and medical symptoms here to find a new psychiatrist

Subject: Highlight Date: 11/26/14, 1:19:43 AM

Patient's main complaints include

cognitive and memory problems, anxiety and depression.

Subject: Highlight Date: 11/26/14, 1:19:55 AM

Significantly patient was admitted to the inpatient unit at Laurel Ridge Hospital in San Antonio in March 2010. Multiple things were worsening and escalating over the past year, to the point that she, although was not suicidal, was severely depressed and doing poorly. Although she had cognitive problems prior to going to the hospital, she says they worsened significantly after a course of ECT. She had a course of ECT. The first 5 sessions went well, but the last 2, it is unclear what happened. The patient seems to have had both retrograde and anterograde amnesia that was quite significant. She went home, did very poorly, seemed very confused, was readmitted again, and was placed on the Aricept. Patient was discharged finally on Lunesta, Aricept, Klonopin, and mirtaz.apine. Currently she mainly only takes the clonazepam for her anxiety. Her sleep doctor prescribed her Lunesta, Ambien, and Provigil for her current multiple sleep diagnoses.

The patient reports that some of her cognitive problems have improved, but

Subject: Highlight Date: 11/26/14, 1:19:59 AM

Bates Number:001095

Page: 21

she still remains quite depressed and anxious; although the psychosocial stressors are not as severe as they were last year, they are still quite present. Last year, her husband was deployed first to Iraq then Afghanistan as he is in the military. During that time her son was hospitalized in a psychiatric hospital in the summertime, and then worsened again last fall and had to be hospitalized again, and she had to pull him out of school. Her sister-in-law had cancer, quite serious, and so her mother-in-law and father-in-law were trying to deal with that. In addition they had some friends and neighbors who committed suicide. The patient was

trying to handle this on her own. When her husband returned back from the military, she thought she would do better with his support, but she really just fell apart.

The patient reports that it has been a long time since she has felt very happy. She does not like where her life is right now. Her son is doing a little bit better, but basically her husband has taken over the care of her son and his psychiatric illness. She is not sure if her husband knows what to do in regard to her psychiatric symptoms. Patient also struggles with multiple medical problems, which make her feel depressed as well. She really does not enjoy doing anything. She really does not do anything but take her medications and go to doctor's appointments. She does feel anxious and worried all the time, although she does not exactly have panic attacks.

In regard to her cognitive problems, she did not have this before until recently. She previously was a good student and obtained a Master's degree. However, when she started going to therapy in 2006, the therapist noticed some possible memory problems. She had formal neuropsych testing, which showed her to have good scores in her IQ and in most other aspects, but have significantly low deficits in short-term verbal memory. In 1995, she had a CT and MRI of the head, which were within normal limits. Patient reports that she does seem to have short-term memory. It does affect her day-to-day living. For example, she gave the example of a conversation between herself and her mother-in-law regarding what to have dinner, and the patient cannot remember things that her mother had just said a few minutes ago repeatedly. She does not get lost or do things like leave the stove on. However, she reported at this point she is so impaired mentally and physically that her parents have come down to help her out, and actually are doing all the cooking now, which makes her more depressed.

  Subject: Highlight Date: 11/26/14, 1:21:01 AM

PAST PSYCHIATRIC HISTORY:

1. The hospitalization was actually her first and only psychiatric hospitalization at Laurel Ridge.

2. She was first treated in 2Bates Number:001. She started anxiety medications then.

3. Over the past decade she has tried multiple medications, none of which have really worked, or she has had side effects from medications.

4. Medications tried include, Prozac, Zoloft, Paxil, Celexa, Effexor, Cymbalta, Pristiq, Remeron, Wellbutrin, Xanax, Depakote, Lamictal, Seroquel, Abilify, Vyvanse, Ambien and Lunesta. She reports the Vyvanse did help, but it raised her raise her blood pressure. However, she was

taking it at the same time as the Effexor, and she was not on blood
Bates Number:001096
Page: 22
pressure medications.
5. She is currently in individual therapy and family therapy.
PAST MEDICAL HISTORY:
I. Thoracic disk herniation with severe chronic pain.
2. Obstructive sleep apnea.
3. Hypertension.
4. Unclear gastroenterological problems with recent episodes of diarrhea.
SOCIAL HISTORY:
The patient has a master's degree. She has been married for almost 20
years. Her husband is in the military. They have 1 son who is 18. The
patient has never smoked. She drinks about twice a week. No drug or legal
history. She has spent a lot of time in different countries overseas.
There was a concern because patient said it seemed that she had symptoms
similar to what the Gulf War veterans had, although she was actually in
Kuwait. Was mainly in Dubai.
SUMMARY:
Unclear diagnostically what is going on with the patient. She definitely
has anxiety disorders. She definitely has some cognitive deficits, and she
has depression. A big contributor to her depression is psychosocial in
origin. Patient also possibly has interactions with her multiple
medications and her multiple medical problems, and I am sure chronic pain
also interferes. In addition she does not have an ideal family situation
with her husband often being deployed in the military and not doing the
best support, although they are working on this in family therapy.
Bates Number:001097
TITLE: 08/20/2010
Pt called and said she doesn't think the increased Adderall dose is
helping. She is taking 10 mg now and says she feels fatigued and
"sick". She cannot focus any better and is still experiencing a mid
day "crash". A.H.//
Bates Number:001104
Page: 30
TITLE: 08/27/2010
  Subject: Highlight Date: 11/26/14, 1:27:08 AM
This is a 45-year-old white female with depression and anxiety disorder
NOS, here for followup. She is still quite unclear diagnostically. I
tried her on some Adderall to help with some cognitive problems. The

patient felt that the 5 mg it did help some with some cognitive problems, but when it wore off around 3 or 4 in the afternoon she felt a very severe crash. She actually tried a higher dose of 10 mg, and felt worse on that, so she has since stopped it. I changed her from clonazepam to diazepam. Patient feels like it does seem to help her anxiety, although makes her a little bit more groggy in the morning. I held off on starting her on any sort of antidepressants. She has basically tried nearly every SSRl and SNRI, as well as Wellbutrin and Remeron, with very adverse side effects. She continues to be quite depressed. She does acknowledge that a lot of psychosocial stressors affect her mood, as well as her multiple medical problems.

Bates Number:001105

TITLE: 08/30/2010

Recommended Plan:

I would like to try another new thing since she had such a bad reaction when the Adderall wears off. Will write for Focalin XR 10 mg: take one in the morning. #7 only, until we find something that works. JK MD// 8/30/2010 at 1332 Called pt and explained MD plan, Pt was seen by PCP and PCP stopped Toprol XL. Pt does not want to try a new drug (Focalin XR) Pt would rather increase Concerta dosage. Pt also wanted MD to know she has not started Zyprexa because of the Orthostatic Hypotension. SLM// She can double her 27 mg pills and see how she responds. JK MD// 8/30/2010 at 1511 called pt and expla i ned MD plan, pt agreed with plan and will call with response. SLM//

Bates Number:001108

Page: 34

TITLE: 09/02/2010

Recommended Plan:

Let's just change one thing at a time.

For some reason, PCP thinks Valium is causing lowered blood pressure, where the Clonazepam did not? Please call in Clonazepam 1 mg: take 1 po bid #60 with no refills. Please call in to SAME pharmacy as Valium as called into and cancel Valium prescription. Continue the Concerta for now - unclear why PCP is having problems with this. JK MD//1630 Called WG and canceled Valium Rx. Called in clonazepam as above per M.D. Called pt at 944-8151 and expl. M.D. plan. She says the Concerta gives her headaches, but she had recently doubled it. Advised her to go back down to 27 mg daily for a week and call back if still having these problems. A.H.//

Bates Number:001109

10/01/2010

This is a 46-year-old white female with depression and anxiety disorder, NOS, cognitive disorder, NOS, and multiple medical problems, and who is still unclear diagnostically to me, here for followup. Since her last visit about a month ago, many changes have been made. I changed her from Klonopin to diazepam, and then also gave her Adderall. She reports the Adderall worked, so they upped the dose because she felt like she was crashing, but she could not tolerate the higher dose of Adderall. We then changed her to Focalin. The patient reports she could not tolerate that and did not want to take it. Later on, she found that the "crash" was from the fact that her blood pressure was dropping really low her and her primary care doctor thought it was the Valium, so she stopped it, and we restarted the clonazepam. Because of this, the patient would like to start the Adderall for cognitive problems as it did work better than anything else she has tried.

The patient reports she is still quite anxious and depressed. She also continues to have a lot of physical problems. She is still unable to eat. One of the GI doctors actually put her on Marinol to see if it will help. It has not made her gain weight, but does report it makes her feel a little bit better mentally. She asked about the olanzapine. She is not sure if it is helping her feel better and she feels when she takes it at night, although immediately she cannot go to sleep, she feels very sedated and dragging the next day. It is unclear if it actually olanz.apine or her other medications. She does appear to be a little bit better, but this is unclear if it is due to the olanzapine or due to the Marinol. I did receive records from her previous psychiatrist. The patient fortunately

Subject: Highlight Date: 11/26/14, 1:31:19 AM
Bates Number:001113
Page: 39

has been very good about giving a past medical history about what she has been on. In perusing the records, it does appear she seemed to have done best on Effexor. She told me that she had hypertension on Effexor, but this is before she was actually treated for hypertension; however, now, she has another problem of hypotension, so a little bit of elevated blood pressure probably would not be bad for her.

1. We will restart Adderall XR 5 mg in the morning as this seems to help the best for some cognitive deficits without causing too many side effects.

2. In regard to olanzapine, I still want her to continue it, but wanted to

see if the side effects are due to the olanzapine. Advised her to not take it tonight, then tomorrow see how she feels without having any olanzapine in her system and see if she feels sedated even without have taken olanzapine, and on Sunday take olanzapine during the daytime and have her observe side effects versus time of administration. She is to call next week about this.

3. I will start Effexor XR 3 7.5 mg a day as again she seemed to do best on this medication.

4. Continue clonazepam 0.5 mg in the morning and 1 mg at night.

Bates Number:001114

10/26/2010

This is a 46-year-old white female, with cognitive disorder NOS, anxiety, and depressive disorder NOS, here for followup. She has multiple medical problems and is a puzzle diagnostically. I did receive a lot of her old records. The neuropsychiatric testing was strange and a bit inconclusive. It indicated phenomenons such as the patient doing extremely poorly on simple tasks, but actually doing better on harder tasks, and the testing indicated that a lot of her cognitive difficulties may be more psychological in origin. The patient reports th~t her psychiatrist at the time disagreed with this, so nothing was really done with the neuropsychiatric testing. I have reviewed old records. There was not anything that the patient had not already told me herself, again, except that I observed that she seemed to do a little bit better when she was on Effexor. On last visit, I did increase her Adderall XR to 5 mg daily, again a very small dose, and she had no problems with this dose. She does think maybe it helps her think a little bit better and gives her a little bit more energy. She actually did not start taking the Effexor, just because of some miscommunication. She still actually has a prescription. She did adjust her olanzapine and it is not making her oversedated. The patient still feels quite depressed and anxious, and we spent more time delving into it. It does appear that the patient has a lot of conflicts and difficulties with her son and her husband. It is actually not conflicts, she feels her husband is quite distant. Her son had a psychiatric hospitalization last year and he is still struggling with panic attacks and inability to do well in school. I feel that there are a lot of dynamics that need to be addressed. They are in couples counseling. The patient does not feel it is that helpful and her husband appears to be

Bates Number:001117

PLAN:

1. I want her to start the Effexor XR 3 7 .5 mg a day.

2. Increase Adderall XR to 10 mg daily. If she cannot tolerate this dose, we will go back to 5.

3. Continue olanz.apine 2.5 mg at night, and clonazepam 0.5 mg in the morning and 1 mg at night.

4. I will see her again in 1 month.

Bates Number:001118

11/30/2010

Page: 56

PSYCHIATRY

This is a 46-year-old white female, with cognitive disorder NOS, anxiety disorder NOS, and depressive disorder NOS, here for followup. The patient reports that she had a 2 week episode where she physically felt worse, it was very vague, she felt more tired and in more pain. There really was no discernible cause for this and because of this she remained a little bit more incapacitated and bedbound. After a few days of this, the patient started becoming a lot more depressed. We talked about this. The main reason this is depressing the patient is the fact that she already feels very limited and useless and this makes her feel more so. She has a therapist and actually also going to marital therapy, but her therapy seems to be mainly focusing on conflicts in her marriage. What also makes her sad about her marriage, is the fact that her husband feels like she has changed, after he had come back from his deployment, which she has because her physical symptoms have gotten worse. She feels it is because she cannot do as much. She still does housework, it just takes her a lot longer, but she no longer volunteers and cannot work. She feels very useless and pointless as a person.

I told her this is more of a self-esteem issue, gave her some suggested reading about living with chronic illness. I really do not want to change her medications and the focus of her treatment will be to focus on feeling good despite her chronic physical symptoms. During these episodes where she gets physically sick and then becomes more limited, I would only suggest we might consider increasing her Adderall or her Zyprexa during those times only.

Bates Number:001131

PLAN:

1. Continue her current medications, which include Effexor XR 37.5 mg daily, Adderall XR 5 mg daily, Zyprexa 2.5 mg at night, and clonazepam 0.5 mg in the morning and 1 mg at night.

2. I gave her a referral for a book called "One More Day: Daily

Meditations for People With Chronic Illness."
3. Will focus on self-esteem and self-worth issues in her treatment rather than medication changes.
Bates Number:001132
TITLE: 02/18/2011
  Subject: Highlight Date: 11/26/14, 1:37:45 AM
This is a 46-year-old white female with cognitive disorder, NOS, anxiety disorder, NOS, and depressive disorder NOS, multiple medical problems, and
chronic pain here for followup. The patient is testing out a nerve stimulator unit for her pain and it seems to be working, so she does feel much better. Her pain is decreased, that she only needed to take 1 pain pill yesterday and because of this, she is doing a lot more. Patient did obtain the book I suggested about daily medications to deal with living with chronic pain. She finds that it is helpful. She is trying to accept day by day of trying to do as much as she can, although definitely this is effected by how much pain she is in on that day. So the nerve stimulator seems to have some promise in improving her quality of life. The patient is most distressed about her relationship with her husband. They are in marital therapy. She feels upset that since he has come from being overseas, they do not talk any more. However, she is a little bit more hopeful with that because he is attending marital therapy, and continued to really work on it. The patient is also stressed out about her son who has his own severe anxiety disorder. She has been on Effexor 37.5 for several months now, I want to try to increase it. She tends to be very sensitive to side effects, but we will try to increase the dose for now.
Bates Number:001133
DATE OF SERVICE: 04/12/2011
This is a 46-year-old white female with anxiety disorder, NOS, and depressive disorder NOS, cognitive disorder, NOS, and multiple medical problems, and chronic pain here for followup. Patient had her spinal implant placement, and also implant for her GI system. That implant does seem to be helping with her pain. She is still in some pain from the other implant, but this should be working pretty soon.
Patient has improved mood-wise since her pain is less. She has not felt any different, but she 75 mg capsules now, so cannot really go down, although she is not having any side effects from this higher dose.
The patient reports that she has been gaining weight, and she is concerned about that. She was taken off the Marino I because she does not need any appetite enhancers anymore. She was actually to the point where she was

too skinny, and she is afraid that she is going to gain a lot of weight back. I told her that it might be due to the Zyprexa. She is not quite sure if the Zyprexa has helped that much. She still continues in family and marital therapy, as well as her own individual therapy. Her main source depression appears to be how she and her husband interact, and her husband's response to her chronic medical problem.

Subject: Highlight Date: 11/26/14, 1:39:43 AM
Bates Number:001137
05/17/2011
This is a 46-year-old white female with anxiety disorder, NOS, depressive disorder, NOS, and cognitive disorder, NOS, multiple medical problems, and chronic pain here for followup. Patient briefly held her Zyprexa to see how it affected her. She noticed that she had some decrease in appetite, but not that severe, but did notice that her mood got worse, so she restarted it for her mood. She stopped the Marinol because she was gaining weight and appetite was no longer a problem. The patient reports that she still feels depressed. She complains about a side effect that almost sounds like akathisia. Time-wise it occurred at the same time we increased the Effexor to 75 mg, but also at the same time her sleep doctor added Seroquel 50 mg to her regimen for sleep. She is taking both Seroquel and Zyprexa now, but small doses of both. The thing that helps most with her mood appears to be Zyprexa. There continues to be a lot of family conflicts, though she and her husband are still going to marital counseling, and she is going to individual as well. Her pain has improved overall since the implant. She thinks maybe she has Ehlers-Danlos syndrome and going to see a rheumatologist for this consultation. She appears hopeful that this will explain all her multiple systemic problems.
Bates Number:001139
06/15/2011
This is a 46-year-old white female with cognitive disorder, NOS, anxiety disorder, NOS, depressive disorder, NOS, multiple medical problems, and chronic pain here for followup. Patient increased her Zyprexa to 5, but said she felt too sedated so went back to 2.5. She is still taking the Seroquel at night for sleep as prescribed by her sleep doctor. She is still having symptoms that sound like either akathisia or tardive dyskinesia, and we are unclear if it is due to the Effexor or Seroquel, but she still wants to take the Seroquel for sleep. It is 1 of the 2. I think it is Seroquel, but patient wants to decrease her Effexor back down to 37.5. Mood wise, she is about the same. She is eating well. Her son is

psychiatrically ill, but not taldng his medications. That is a stressor for her, and her marriage seems to be about the same. She has an appointment with a rheumatologist tomorrow, and a bit anxious about that appointment. Her pain is a little bit worse overall, but today it seems to be better.

Bates Number:001141

07/26/2011

Chronic Problems

Axis Description

Cognitive disorder

Depression

Anxiety, Neurosis

Bates Number:001147

Cllnlcal Assessment

Axis I and Axis II:

Depression (311)

Anxiety, Neurosis (300.00)

Cognitive disorder (294.9)

Axis IV: Moderate

Problems related to:

AxlsV:

primary support group

other

health

Current GAF: 50 on 07/26/2011.

Bates Number:001148

08/29/2011

Patient called this AM and apologized for Cx her Appt today, she is ill (patient sounded like she was very sick) she has rescheduled her appt to 9/30/2011. She is requesting a Rx to be mailed to her home for Adderall XR lOmg, Last Rx 8/6/2011. Rx: Adderall XR lOmg 1 p.o. Q AM, #30. Rx will be mailed. Patient also need new 90 day Rx for Medco on her Rx for Klonopin

Bates Number:001151

10/25/2011

History of Present Illness

This is a psychotherapy, individual with E/M 20 to 30 minutes 90805

This is a 47 yo WF with Cognitive Disorder NOS, Depressive and Anxiety Disorder NOS here for follow

up. She did see the doctor in Dallas, diagnosed with Hypermotility Joint Syndrome. They tried her on Civella, but she could not tolerate it, and there are really no medications for this disorder. It makes the patient feel better that she has some sort of diagnosis that explains her multiple symptoms.

She stopped the Effexor when she was having problems with the Civella, but back on it now. She stopped the Zyprexa because she has gained too much weight on it. She was prescribed Hydrocodone by her pain doctor and now her pain is better and she can sleep better, so she no longer takes the Seroquel. She still takes the Adderall XR.

Situation at home is about the same. She is still worried about her son who has his own psychiatric diagnosis. She still is not happy with her marriage, although her husband is going to his own individual therapy.

Chronic Problems

Axis Description

Cognitive disorder

Depression

Anxiety, Neurosis

Bates Number:001155

Clinical Assessment

Axis I and Axis II:

Depression (311)

Anxiety, Neurosis (300.00)

Cognitive disorder (294.9

Bates Number:001156

11/29/2011

This is a 47 yo WF with Cognitive Disorder NOS, Depressive and Anxiety Disorder NOS here for follow up.She reports that she is doing fairly well. She was having problems with fatigue, so has been cutting down on her medications. She stopped the Zyprexa because of weight gain and her appetite increase stopped. She stopped the Seroquel. She is still fatigued. Dr Curlee, her sleep doctor, recommended that she stop the Lunesta, increase the Provigil and talk with me about decreasing

her Clonazepam.

Discussed that if we do this, we have to do it very slowly and watch her anxiety.

Chronic Problems

Axis Description

Cognitive disorder

Depression

Anxiety, Neurosis

Bates Number:001161

Clinical Assessment

Axis I and Axis II:

Depression (311)

Anxiety, Neurosis (300.00)

Cognitive disorder (294.9)

Bates Number:001162

12/29/2011

This is a 47 yo WF with Cognitive Disorder NOS, Depressive and Anxiety Disorder NOS here for follow up. Pt with bad news. Her husband wants a divorce. She has already moved out and living with her parents. She is understandably upset. She is not crying more because she has to do a lot of paperwork for the divorce. She feels sad, hurt, angry - all normal feelings. She does not have too many close friends, so does not have anyone to talk to, although her father ahs been supportive. She does have a counselor. Pt has noticed her physical symptoms - her pain and IBS have gotten worse. She did stop her Lunesta per Dr Curlee and no longer sedated during the day. She wanted to decrease her Clonazepam in the past, but does not think it's a good idea now and I agree. She still is eating and taking care of herself

Chronic Problems

Axis Description

Cognitive disorder

Depression

Anxiety, Neurosis

Bates Number:001165

Clinical Assessment

Axis I and Axis II:

Depression (311)
Anxiety, Neurosis (300.00)
Cognitive disorder (294.9)
Bates Number:001166
01/23/2012
This is a 47 yo WF with Cognitive Disorder NOS, Depressive and Anxiety Disorder NOS here for follow
up. She continues to struggle with her pending divorce and feels her husband is making it very difficult for
her financially. Pt has a lawyer and they are trying to work it out so patient will have medical insurance and
spousal support.
She is living her parents now. She feels she is just barely making it day to day. She started taking the
Zyprexa again to help calm her down, but does not want to because it increases her appetite and she has
gained weight on it. She feels it hard to concentrate to get all the paperwork for the divorce. She declined
an increase in her Adderall and plans to try to increase her Provigil instead.
Chronic Problems
Axis Description
Cognitive disorder
Depression
Anxiety, Neurosis
Bates Number:001171
Clinical Assessment
Axis I and Axis II:
Depression (311)
Anxiety, Neurosis (300.00)
Cognitive disorder (294.9)
  Subject: Highlight Date: 11/26/14, 1:54:49 AM
**Bates Number :001173**